**DocuSign**

## Certificate Of Completion

Envelope Id: 66FD4C2AC91E4BC79FD70A6FCC77C69A                           Status: Completed
Subject: Complete with DocuSign: FME Employment LLC - Onboarding Paperwork (Joshua Anders)
Source Envelope:
Document Pages: 19                    Signatures: 8                      Envelope Originator:
Certificate Pages: 2                  Initials: 0                        Viktor Vyushin
AutoNav: Enabled                                                         23311 West Paloma Blanca Dr.
EnvelopeId Stamping: Enabled                                            nil
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                       Malibu, CA  90265
                                                                        viktor@fountainheadme.com
                                                                        IP Address: 174.160.169.156

## Record Tracking

Status: Original                      Holder: Viktor Vyushin            Location: DocuSign
    4/22/2024 12:02:46 PM                     viktor@fountainheadme.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Joshua Anders<br>josh@ehva.ai<br>Security Level: Email, Account Authentication (None) | *Joshua Anders*<br>3EE034C5308D49C...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 71.226.162.143 | Sent: 4/22/2024 12:17:38 PM<br>Resent: 4/25/2024 9:34:38 AM<br>Viewed: 4/25/2024 9:36:24 AM<br>Signed: 4/25/2024 10:18:39 AM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Ryan Daniel<br>ryan@ehva.ai<br>Owner<br>FME Employment<br>Security Level: Email, Account Authentication (None) | *Ryan Daniel*<br>FA9901535EA9410...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 196.42.9.98 | Sent: 4/25/2024 10:18:42 AM<br>Viewed: 4/27/2024 6:23:18 AM<br>Signed: 4/27/2024 6:23:48 AM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/22/2024 12:17:38 PM |
| Envelope Updated | Security Checked | 4/25/2024 9:34:34 AM |

EXHIBIT C

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Updated | Security Checked | 4/25/2024 9:34:34 AM |
| Envelope Updated | Security Checked | 4/25/2024 9:34:34 AM |
| Certified Delivered | Security Checked | 4/27/2024 6:23:18 AM |
| Signing Complete | Security Checked | 4/27/2024 6:23:48 AM |
| Completed | Security Checked | 4/27/2024 6:23:48 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

EXHIBIT C