**DocuSign**

## Certificate Of Completion

Envelope Id: AFF722B40A484A68AA4B684F8D53FC53
Subject: Complete with Docusign: FME Employment LLC - Closing of Employment
Source Envelope:

Status: Completed

Document Pages: 14
Certificate Pages: 2
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 2
Initials: 1

Envelope Originator:
Viktor Vyushin
23311 West Paloma Blanca Dr.
nil
Malibu, CA  90265
viktor@fountainheadme.com
IP Address: 76.132.193.60

## Record Tracking

Status: Original
      8/12/2024 2:19:59 PM

Holder: Viktor Vyushin
      viktor@fountainheadme.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Joshua Anders<br>work@joshanders.com<br>Security Level: Email, Account Authentication (None) | *Signed by: Joshua Anders*<br>2D6F838FE6524AB...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 71.226.162.143 | Sent: 8/12/2024 2:23:27 PM<br>Viewed: 8/12/2024 2:23:48 PM<br>Signed: 8/12/2024 3:10:25 PM |
| Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | | |
| Ryan Daniel<br>ryan@ehva.ai<br>Owner<br>FME Employment<br>Security Level: Email, Account Authentication (None) | *Signed by: Ryan Daniel*<br>FA9901535EA9410...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 196.42.9.98 | Sent: 8/12/2024 3:10:27 PM<br>Viewed: 8/13/2024 9:06:02 AM<br>Signed: 8/13/2024 9:06:09 AM |
| Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/12/2024 2:23:27 PM |
| Certified Delivered | Security Checked | 8/13/2024 9:06:02 AM |

EXHIBIT D

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Signing Complete | Security Checked | 8/13/2024 9:06:09 AM |
| Completed | Security Checked | 8/13/2024 9:06:09 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**EXHIBIT D**