| **U.S. Department of Labor** | Wage and Hour Division<br>100 W. Capitol Street, Suite 725<br>Jackson, Mississippi 39269 | |
|---|---|---|
| | Telephone: 1-866-4US-WAGE<br>1-866-487-9243 | |

October 17, 2024

Mr. Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455
Mail to: usgov@joshanders.com , legal@joshanders.com

Subject:  EHVA. AI, LLC/ FME Employment LLC

Dear Mr. Anders:

A recent conciliation of the above-named firm under the Fair Labor Standards Act (FLSA) indicates that you might **not** have been paid as required by the law for the period August 1-12, 2024. The FLSA requires employers to pay each employee covered by the Act no less than the federal minimum wage and overtime premium pay (at time and one-half the regular rate of pay) for all hours worked in excess of 40 hours in a single workweek. The law contains numerous exemptions from these basic standards.

The Wage and Hour Division contacted the firm and explained the FLSA wage requirements. The firm, EHVA. AI, LLC/ FME Employment LLC was requested to pay any back wages owed but it did not agree to make additional payments to you. Under the law, the Wage and Hour Division has the authority to supervise voluntary payment of back wages but cannot itself order such payment. The Department of Labor (Department) is authorized to file lawsuits against employers and request that a court order the payment of back wages; however, after reviewing all the circumstances in this case, it has been decided that it is not suitable for litigation by the Department. Consequently, no further action will be taken to secure payment of additional money possibly owed to you.

The fact that we will take no further action on your behalf does not affect your private right under the FLSA to bring an independent suit to recover any back wages due. The Congress, recognizing that all complaints may not be resolved or developed for litigation by the Department, has included provisions in FLSA section 16(b) that give individuals the right to file lawsuits on their own behalf if they believe their rights have been violated. An employee may retain an attorney to file a lawsuit in federal or state court against the employer for back wages and an equal amount as liquidated damages plus attorney's fees and court costs. The Department does not encourage or discourage such suits. The decision is entirely up to you.  However, keep in mind that recovery of back wages under this law is subject to a statute of limitations. Generally, this means that any part of a back wage claim which was earned more than two years before suit is filed may not be collectible.

A copy of the Handy Reference Guide to the Fair Labor Standards Act is enclosed for your information.

Sincerely,


Audrey L. Hall
District Director

Enclosure: HRG


***Working to Improve the Lives of America's Workers***

EXHIBIT E

| U.S. Department of Labor | Wage and Hour Division<br>100 W. Capitol Street, Suite 725<br>Jackson, Mississippi 39269 | |
|---|---|---|
| | Telephone:  1-866-4US-WAGE<br>1-866-487-9243 | |

*Working to Improve the Lives of America's Workers*

EXHIBIT E