**Subject:** Wage complaint
**From:** Cynthia Barnes <Cynthia.Barnes@llr.sc.gov>
**Date:** 10/18/24, 10:14 AM
**To:** "LEGAL@JOSHANDERS.COM" <LEGAL@JOSHANDERS.COM>

Mr. Anders,

We have received the complaint that you filed against FME Employment, LLC.  Unfortunately, we will not be able to open an investigation.  Our office does not have jurisdiction over companies located outside of South Carolina unless they have a registered agent in our state.  Even though you work in this state for the business, because FME Employment, LLC is not registered with SC Secretary of State and can't do business in this state, therefore, you will need to file your complaint with the Labor Board in Wyoming. Kindest regards

*Thank you!*

*Cynthia (Luu) Barnes*
*Administrative Coordinator I*
Immigration/Child Labor/Wages
*Cynthia.barnes@llr.sc.gov*

Twitter: @SC_OSHA, @SCDLLR
Facebook: @SCLLR
Website: http://www.scosha.llronline.com/, www.llr.sc.gov

 

**Making South Carolina a Safe Place to Work and Live**

EXHIBIT F