| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L57AS3 26720359 | 01/ | 6492383 | 1 of 1 |

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

# Earnings Statement

**ADP**

Period Starting: 04/16/2024
Period Ending: 04/30/2024
Pay Date: 04/30/2024

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 2
Local: 0
Social Security Number:XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State: 0.00 Addnl
Local:

**Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 74.5200 | 56.00 | 4172.92 | 4172.92 |
| Gross Pay | | | $4,172.92 | $4,172.92 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -578.08 | 578.08 |
| Social Security | | -258.72 | 258.72 |
| Medicare | | -60.51 | 60.51 |
| South Carolina State Income | | -195.14 | 195.14 |

| Net Pay Adjustments | | this period | year to date |
|---|---|---|---|
| *WFH Reimbursement | | 25.00 | 25.00 |
| Net Pay | | $3,105.47 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 3.34 | 3.34 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 3.34 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| Total Hours Worked | 56.00 | 56.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6213 | XXXXXXXXX | 3105.47 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $4,172.92
* Excluded from Federal taxable wages

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

**Pay Date:** 04/30/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6213 | XXXXXXXXX | 3105.47 |

Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455

EXHIBIT G

**Earnings Statement**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L57 AS3 26720359 | 01/ | 6516367 | 1 of 1 |

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

Period Starting: 05/01/2024
Period Ending: 05/15/2024
Pay Date: 05/15/2024

ADP®

Taxable Filing Status: Single
Exemptions/Allowances:
    Federal:   Std W/H Table
    State:     2
    Local:     0
Social Security Number:XXX-XX-XXXX

Tax Override:
    Federal:   0.00 Addnl
    State:    0.00 Addnl
    Local:

**Joshua Anders**
**2857 Maritime Forest Drive**
**Johns Island, SC 29455**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 74.5200 | 86.67 | 6458.34 | 10631.26 |
| Gross Pay | | | $6,458.34 | $10,631.26 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1114.11 | 1692.19 |
| Social Security | -400.42 | 659.14 |
| Medicare | -93.64 | 154.15 |
| South Carolina State Income | -341.40 | 536.54 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *WFH Reimbursement | 25.00 | 50.00 |
| Net Pay | $4,533.77 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 3.34 | 6.68 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 6.68 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| Total Hours Worked | 86.67 | 142.67 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6213 | XXXXXXXXX | 4533.77 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $6,458.34
* Excluded from Federal taxable wages

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

**Pay Date:**     05/15/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6213 | XXXXXXXXX | 4533.77 |

Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455

EXHIBIT G

**Earnings Statement**

**ADP®**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L57 AS3 26720359 | 017 | 6545342 | 1 of 1 |

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

Period Starting:    05/16/2024
Period Ending:    05/31/2024
Pay Date:    05/31/2024

Taxable Filing Status: Single
Exemptions/Allowances:
    Federal:    Std W/H Table
    State:    2
    Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal:    0.00 Addnl
    State:    0.00 Addnl
    Local:

**Joshua Anders**
**2857 Maritime Forest Drive**
**Johns Island, SC 29455**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 74.5200 | 86.67 | 6458.34 | 17089.60 |
| Gross Pay | | | $6,458.34 | $17,089.60 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1114.11 | 2806.30 |
| Social Security | -400.42 | 1059.56 |
| Medicare | -93.65 | 247.80 |
| South Carolina State Income | -341.40 | 877.94 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *WFH Reimbursement | 25.00 | 75.00 |

| Net Pay | $4,533.76 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 3.34 | 10.02 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 10.02 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| Total Hours Worked | 86.67 | 229.34 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6213 | XXXXXXXXX | 4533.76 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $6,458.34
* Excluded from Federal taxable wages

THIS IS NOT A CHECK

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

**Pay Date:**    05/31/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6213 | XXXXXXXXX | 4533.76 |

Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455

EXHIBIT G

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L57 AS3 26720359 | 01/ | 6571275 | 1 of 1 |

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

**Earnings Statement**

ADP

Period Starting: 06/01/2024
Period Ending: 06/15/2024
Pay Date: 06/14/2024

Taxable Filing Status: Single
Exemptions/Allowances:

| | | Tax Override: | |
|---|---|---|---|
| Federal: | Std W/H Table | Federal: | 0.00 Addnl |
| State: | 2 | State: | 0.00 Addnl |
| Local: | 0 | Local: | |

Social Security Number: XXX-XX-XXXX

**Joshua Anders**
**2857 Maritime Forest Drive**
**Johns Island, SC 29455**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 74.5200 | 86.67 | 6458.34 | 23547.94 |
| Gross Pay | | | $6,458.34 | $23,547.94 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1114.11 | 3920.41 |
| Social Security | -400.41 | 1459.97 |
| Medicare | -93.65 | 341.45 |
| South Carolina State Income | -341.40 | 1219.34 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *WFH Reimbursement | 25.00 | 100.00 |
| Net Pay | $4,533.77 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 3.34 | 13.36 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 13.36 |
| Total Hours Worked | 86.67 | 316.01 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6213 | XXXXXXXXX | 4533.77 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $6,458.34
* Excluded from Federal taxable wages

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

**Pay Date:**     06/14/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6213 | XXXXXXXXX | 4533.77 |

THIS IS NOT A CHECK

**Joshua Anders**
**2857 Maritime Forest Drive**
**Johns Island, SC 29455**

EXHIBIT G

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L57AS3 26720359 | 01/ | 6600725 | 1 of 1 |

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

## Earnings Statement



Period Starting:     06/16/2024
Period Ending:      06/30/2024
Pay Date:              07/01/2024

Taxable Filing Status: Single
Exemptions/Allowances:
　Federal:　　Std W/H Table
　State:　　　2
　Local:　　　0
Social Security Number:XXX-XX-XXXX

Tax Override:
　Federal:　　0.00 Addnl
　State:　　　0.00 Addnl
　Local:

**Joshua Anders**
**2857 Maritime Forest Drive**
**Johns Island, SC 29455**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 74.5200 | 86.67 | 6458.34 | 30006.28 |
| Gross Pay | | | $6,458.34 | $30,006.28 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1114.11 | 5034.52 |
| Social Security | -400.42 | 1860.39 |
| Medicare | -93.64 | 435.09 |
| South Carolina State Income | -341.40 | 1560.74 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *WFH Reimbursement | 25.00 | 125.00 |
| Net Pay | $4,533.77 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 3.34 | 16.70 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.70 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| Total Hours Worked | 86.67 | 402.68 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6213 | XXXXXXXXX | 4533.77 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $6,458.34
* Excluded from Federal taxable wages

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

**Pay Date:**          07/01/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6213 | XXXXXXXXX | 4533.77 |

THIS IS NOT A CHECK

Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455

EXHIBIT G

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L57AS3 26720359 | 01/ | 6624028 | 1 of 1 |

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

# Earnings Statement

**ADP®**

Period Starting:     07/01/2024
Period Ending:      07/15/2024
Pay Date:             07/15/2024

Taxable Filing Status: Single
Exemptions/Allowances:
Federal:     Std W/H Table
State:        2
Local:        0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:     0.00 Addnl
State:        0.00 Addnl
Local:

**Joshua Anders**
**2857 Maritime Forest Drive**
**Johns Island, SC 29455**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 74.5200 | 86.67 | 6458.34 | 36464.62 |
| Bonus | | | 0.00 | 2500.00 |
| Gross Pay | | | $6,458.34 | $38,964.62 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1114.11 | 6365.96 |
| Social Security | -400.42 | 2415.81 |
| Medicare | -93.65 | 564.99 |
| South Carolina State Income | -341.40 | 1992.68 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *WFH Reimbursement | 25.00 | 150.00 |
| *Misc Reimb (Non-Taxable) | 0.00 | 237.63 |
| Net Pay | $4,533.76 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 3.34 | 20.04 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 20.04 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| Total Hours Worked | 86.67 | 489.35 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6213 | XXXXXXXXX | 4533.76 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $6,458.34
* Excluded from Federal taxable wages

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

**Pay Date:**     07/15/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6213 | XXXXXXXXX | 4533.76 |

THIS IS NOT A CHECK

Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455

**EXHIBIT G**

## Earnings Statement

**ADP**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L5/AS3 26720359 | 01/ | 6652439 | 1 of 1 |

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

Period Starting: 07/16/2024
Period Ending: 07/31/2024
Pay Date: 07/31/2024

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 2
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State: 0.00 Addnl
Local:

**Joshua Anders**
**2857 Maritime Forest Drive**
**Johns Island, SC 29455**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 74.5200 | 82.67 | 6458.34 | 42922.96 |
| Personal | 74.5200 | 4.00 | 0.00 | 0.00 |
| Bonus | | | 0.00 | 5000.00 |
| **Gross Pay** | | | **$6,458.34** | **$47,922.96** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1086.61 | 7669.90 |
| Social Security | -393.31 | 2964.12 |
| Medicare | -91.98 | 693.22 |
| South Carolina State Income | -334.07 | 2417.29 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Health Insurance (Group | -114.58 | 114.58 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *WFH Reimbursement | 25.00 | 175.00 |
| *Misc Reimb (Non-Taxable) | 0.00 | 237.63 |

| **Net Pay** | **$4,462.79** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 3.34 | 23.38 |
| - Taken Hours | 4.00 | 4.00 |
| - Balance | | 19.38 |
| Total Hours Worked | 82.67 | 572.02 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6213 | XXXXXXXXX | 4462.79 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $6,343.76
* Excluded from Federal taxable wages

FME Employment LLC
34 N Franklin Ave Ste 687 1845
Pinedale, WY 82941

Pay Date:    07/31/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6213 | XXXXXXXXX | 4462.79 |

THIS IS NOT A CHECK

Joshua Anders
2857 Maritime Forest Drive
Johns Island, SC 29455

**EXHIBIT G**