

ORIGIN ID:NBUA    (804) 916-9666
JOSHUA ANDERS
JOSHUA ANDERS
655 W IRVING PARK RD
APT 2811
CHICAGO, IL 60613
UNITED STATES US

SHIP DATE: 15APR26
ACTWGT: 1.00 LB
CAD: 266073401/INET4535

BILL SENDER

TO  **CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**2120 CAPITOL AVE**
**STE 2131**
**CHEYENNE WY 82001**
(307) 433-2120        REF:
INV:                DEPT:
PO:



FedEx Express

THU - 16 APR 10:30A

FedEx
TRK# **8706 9863 8644**    PRIORITY OVERNIGHT
0201                                    DSR 10:30A
                                    82001 RNIGHT
**XX CYSA**                         DSR
                        WY-US DEN 82001
                                    DEN



59KJ3/087D/484B

This envelope is only for FedEx Express®

Do not ship liquids,

82001-3658.31
CHEYENNE,WY
PRIORITY OVERNIGHT
**904-3021**
4820 FRI 04/17  09:06
2120 CAPITOL AVE  SP XX100
ETP-2

Part # 156297-435  RRDB  EXP 02/27