AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Wyoming

| | |
|---|---|
| JOSHUA ANDERS | ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | )   Civil Action No. 26-CV-136 |
| FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    FME Employment LLC
c/o Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua Anders
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/17/2026

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | | |
|---|---|---|
| JOSHUA ANDERS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 26-CV-136 |
| FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Daniel
11 Golf View Dr
Dorado, PR 00646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Anders
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/17/2026

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

## District of Wyoming

| | |
|---|---|
| JOSHUA ANDERS | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 26-CV-136 |
| FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually | ) ) ) ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Viktor Vyushin
23311 West Paloma Blanca Dr.
Malibu, CA 90265

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua Anders
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/17/2026

_____
*Signature of Clerk or Deputy Clerk*