**FILED**

10:50 am, 4/20/26

**Margaret Botkins**
**Clerk of Court**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

JOSHUA ANDERS,

    *Plaintiff,*

v.

FME EMPLOYMENT LLC, a Wyoming

limited liability company; RYAN DANIEL,

individually; and VIKTOR VYUSHIN,

individually,

    *Defendants.*

Civil Action No. 2:26-cv-00136-KHR

### PLAINTIFF'S NOTICE OF DEFENDANT'S TRUE LEGAL NAME

### (RYAN DANIEL a/k/a RYAN DANIEL BLACKMAN)

Plaintiff Joshua Anders, appearing pro se, respectfully submits this Notice to advise the Court

that Defendant Ryan Daniel's full legal name is Ryan Daniel Blackman, and that Ryan Daniel is

a middle name by which this Defendant is known professionally and by which he signed the

relevant agreements in this action.

## I. BACKGROUND

The Complaint identifies Defendant Ryan Daniel as the owner, operator, and managing member of Defendant FME Employment LLC, residing in Puerto Rico, who signed both the Employment Agreement and the Agreement and Release on behalf of FME using the name "Ryan Daniel." Plaintiff has since confirmed through public records and documentary evidence that this individual's full legal name is Ryan Daniel Blackman.

## II. EVIDENCE OF DEFENDANT'S FULL LEGAL NAME

The following evidence establishes that Defendant Ryan Daniel and Ryan Daniel Blackman are one and the same individual:

1. Puerto Rico Property Records. The Centro de Recaudación de Ingresos Municipales (CRIM) reflects that the property located at Urb Dorado Country Estates, Lote 34, Dorado, Puerto Rico 00646 - consistent with the address listed on the summons issued to Defendant Ryan Daniel (11 Golf View Dr, Dorado, PR 00646) - is owned by "BLACKMAN RYAN," with a recorded sale to "BLACKMAN RYAN" from "MICKELSEN CHRISTIAN" on March 17, 2021, for $4,975,000.00. The cadastral parcel number is 019-091-003-06-000.

2. Email Correspondence. An email chain dated April 24, 2024, concerning negotiation of Plaintiff's Employment Agreement with FME Employment LLC, produced from Plaintiff's own

records, identifies this Defendant in the "Cc:" header field as "Ryan Daniel Blackman <ryan@fountainheadme.com>." The same full name appears repeatedly throughout the quoted reply chain, including in correspondence from Richard Demarest Yant of MPS Law (Chicago), who was retained by Plaintiff to review the Employment Agreement and who addressed this Defendant as "Ryan Daniel Blackman" at the same email address.

3. Consistency with Complaint Allegations. The Complaint alleges that Defendant Ryan Daniel resides in Puerto Rico (Compl. ¶ 9), that the Dorado, Puerto Rico address of AVLAN PR LLC is consistent with Defendant Daniel's residence (Compl. ¶ 8), and that Defendant Daniel used ryan@ehva.ai in the course of FME's business (Compl. ¶ 8). The fountainheadme.com email domain - ryan@fountainheadme.com - is the same domain used by Defendant Viktor Vyushin (viktor@fountainheadme.com), as identified in the Complaint (Compl. ¶ 10) and confirmed by the DocuSign Certificates of Completion attached as Exhibits C and D.

### III. RELIEF REQUESTED

Plaintiff respectfully requests that the Court take notice that Defendant Ryan Daniel's full legal name is Ryan Daniel Blackman, and that all references in the Complaint and summons to "Ryan Daniel" refer to Ryan Daniel Blackman. Plaintiff intends to effect service of process on this Defendant at 11 Golf View Dr, Dorado, PR 00646, and will identify this Defendant on all future filings and proofs of service as "Ryan Daniel a/k/a Ryan Daniel Blackman."

Plaintiff further respectfully requests that the Court direct the Clerk to note the a/k/a designation in the case docket and to issue an alias summons directed to "Ryan Daniel a/k/a Ryan Daniel Blackman" at 11 Golf View Dr, Dorado, PR 00646, so that Plaintiff may effect proper service of process on this Defendant under the correct legal name.

Dated: April 20, 2026

Respectfully submitted,

**JOSHUA ANDERS**

*Plaintiff, Pro Se*

655 W Irving Park Rd, Apt 2811

Chicago, IL 60613

Email: legal@joshanders.com

Phone: (804) 916-9666