AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| JOSHUA ANDERS | ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL a/k/a RYAN DANIEL BLACKMAN, individually; and VIKTOR VYUSHIN, individually | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:26-cv-00136-KHR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Daniel a/k/a Ryan Daniel Blackman
11 Golf View Dr
Dorado, PR 00646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua Anders
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/20/2026

Signature of Clerk or Deputy Clerk