AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

**FILED**

Civil Action No.    **2:26-cv-00136-KHR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*



**2:41 pm, 4/20/26**

This summons for   **FME Employment LLC, a Wyoming limited liability company**
was received by me on  **4/20/2026:**

**Margaret Botkins
Clerk of Court**

☐  I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS** on the individual at *(place)*  on *(date)*
; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Brittany Keller, Registered Agent Employee**, who is designated by law to accept service of process on behalf of **FME Employment LLC, a Wyoming limited liability company** at **30 N Gould St Suite R, Sheridan, WY 82801** on **04/20/2026 at 1:54 PM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  04/20/2026

*Server's signature*

**Sandra Johnson**
*Printed name and title*

**1541 N Heights Rd
Sheridan, WY 82801**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS,  to Brittany Keller, Registered Agent Employee who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs with piercings.**





Tracking #: **0219388595**