**FILED**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)



Civil Action No.    **2:26-cv-00136-KHR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

1:28 pm, 4/27/26

**Margaret Botkins**
**Clerk of Court**

This summons for   **Viktor Vyushin, individually**
was received by me on  **4/22/2026:**

☐   I personally served the **SUMMONS; COMPLAINT; EXHIBITS** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **Other** after attempting service at **23311 W Paloma Blanca Dr, Malibu, CA 90265**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  04/27/2026

_____
*Server's signature*

**Kyle Gridley**
*Printed name and title*

**5217 Hollywood Blvd**
**216**
**Los Angeles, CA 90027**
_____
*Server's address*

Additional information regarding attempted service, etc:

**4/25/2026 1:47 PM: House burned down.**



