**FILED**



**9:03 am, 4/28/26**

**Margaret Botkins**
**Clerk of Court**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JOSHUA ANDERS,<br><br>    *Plaintiff,*<br><br>v.<br><br>FME EMPLOYMENT LLC, a Wyoming<br><br>limited liability company; RYAN<br><br>DANIEL, individually; and VIKTOR<br><br>VYUSHIN, individually,<br><br>    *Defendants.* | Civil Action No. 2:26-cv-00136-KHR |

### PLAINTIFF'S REQUEST FOR ISSUANCE OF ALIAS SUMMONS AS TO

### DEFENDANT VIKTOR VYUSHIN

Plaintiff Joshua Anders, appearing *pro se*, respectfully requests that the Clerk of Court issue an

alias summons directed to Defendant Viktor Vyushin, individually, for service at an updated

address. In support, Plaintiff states as follows:

**1. Background.**

This action was filed on or about April 17, 2026. The Court issued a summons directed to

Defendant Viktor Vyushin, individually, and a process server attempted service at the address

identified in the Complaint - namely, 23311 W Paloma Blanca Dr, Malibu, California 90265.

**2.  Failed Service and Proof of Non-Service.**

On April 22, 2026, process server Kyle Gridley received the summons. On April 25, 2026, Mr. Gridley attempted service at 23311 W Paloma Blanca Dr, Malibu, CA 90265 and was unable to complete service, noting that the residence had burned down. Mr. Gridley executed a Proof of Non-Service dated April 27, 2026, confirming that the summons was returned unexecuted. The original Malibu address is therefore no longer viable for service.

**3.  Updated Address Identified Through Skip Trace.**

Plaintiff has obtained a skip trace report reflecting Defendant Vyushin's current reported address as of April 27, 2026. According to that report, Vyushin's current address is:

**310 Grant Ave**

**Palo Alto, CA 94306**

Property records in the skip trace further confirm that Vyushin is a joint tenant and current owner of the real property located at 310 Grant Ave, Palo Alto, CA 94306 (Santa Clara County), having acquired the property via grant deed on February 19, 2016. This corroborates that the address reflects Vyushin's current residence, not merely a historical contact.

**4.  Request for Alias Summons.**

Pursuant to Federal Rule of Civil Procedure 4(b), Plaintiff requests that the Clerk issue an alias summons directed to Defendant Viktor Vyushin, individually, reflecting the updated service

address of 310 Grant Ave, Palo Alto, CA 94306. Upon issuance, Plaintiff intends to engage a process server to effect personal service at that address as promptly as practicable.

For the foregoing reasons, Plaintiff respectfully requests that the Clerk of Court issue an alias summons directed to Defendant Viktor Vyushin at 310 Grant Ave, Palo Alto, CA 94306.

Respectfully submitted,

**JOSHUA ANDERS**

*Plaintiff, Pro Se*

655 W Irving Park Rd, Apt 2811

Chicago, IL 60613

Email: legal@joshanders.com

Phone: (804) 916-9666

Date: April 28, 2026