AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED



1:37 pm, 4/30/26

**Margaret Botkins**
**Clerk of Court**

Civil Action No.    **2:26-cv-00136-KHR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Viktor Vyushin**
was received by me on  **4/28/2026:**

☐  I personally served the **SUMMONS; COMPLAINT; EXHIBITS** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 141.00** for services, for a total of **$ 141.00**.

I declare under penalty of perjury that this information is true.

Date:  04/30/2026

_____
*Server's signature*

**Jonathan Romeyn**
*Printed name and title*

**PO BOX 25521**
**San Mateo, CA 94402**

_____
*Server's address*

Additional information regarding attempted service, etc:

**4/29/2026 8:15 PM: There was no answer at the address. I spoke with a neighbor who says not resident.**
**4/30/2026 8:52 AM: There was no answer at the address. I spoke with a neighbor who says not resident and a neighbor who doesn't recognize name.**



Tracking #: **0221120281**

