

**Viktor Vyushin** commented on this

**Jeffrey Schaffer** · 2nd
Chief Revenue Officer at EHVA.ai
**Visit my website**
2d · Edited ·

+ Follow

👏 Partnership Announcement: **EHVA.ai** x Stayntouch

... more

EHVA.AI

**EHVA & Stayntouch: AI Voice Reservations for Hotels**
ehva.ai

👍💙 Viktor Vyushin and 14 others

2 comments · 3 reposts

Like | Comment | Repost | Send

**Viktor Vyushin** · 1st
Director of Operations at EHVA.ai

1d ·

👍 💬

↓ Load more comments