**FILED**



**10:03 am, 5/5/26**

**Margaret Botkins**
**Clerk of Court**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| JOSHUA ANDERS, | |
| *Plaintiff,* | Civil Action No. 2:26-cv-00136-KHR |
| v. | |
| FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually, | |
| *Defendants.* | |

### CERTIFICATE OF SERVICE

I hereby certify that on **May 5, 2026**, I served a true and correct copy of *Plaintiff's Motion for Leave to Effect Alternative Service of Process on Defendant Viktor Vyushin Pursuant to Fed. R. Civ. P. 4(e)(1) and Declaration of Joshua Anders in Support Thereof* [ECF No. 10], including Exhibit 1 thereto, on Defendant FME Employment LLC by depositing a copy in the United States Mail, first-class postage prepaid, addressed to its registered agent as follows:

FME Employment LLC

c/o Registered Agents Inc

30 N Gould St Suite R

Sheridan, WY 82801

Defendants Ryan Daniel Blackman a/k/a Ryan Daniel and Viktor Vyushin have not yet appeared in this action and have not been served, and therefore are not entitled to service of this filing at this time.

Respectfully submitted,

**JOSHUA ANDERS**

*Plaintiff, Pro Se*

655 W Irving Park Rd, Apt 2811

Chicago, IL 60613

Email: legal@joshanders.com

Phone: (804) 916-9666