

**FILED**

*10:05 am, 5/12/26*

**Margaret Botkins**
**Clerk of Court**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JOSHUA ANDERS, | |
| *Plaintiff,* | Civil Action No. 2:26-cv-00136-KHR |
| v. | |
| FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually, | |
| *Defendants.* | |

### PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

### AGAINST DEFENDANT FME EMPLOYMENT LLC

### PURSUANT TO FED. R. CIV. P. 55(a)

Plaintiff Joshua Anders, appearing pro se, respectfully requests that the Clerk of Court enter default against Defendant FME Employment LLC ("FME") pursuant to Federal Rule of Civil Procedure 55(a) on the grounds that FME has failed to plead or otherwise defend this action within the time required by law.

## I.  PROCEDURAL BACKGROUND

1.  Plaintiff filed this action on April 17, 2026. (ECF No. 1.)

2.  On April 20, 2026, Plaintiff served FME through its registered agent, Registered Agents Inc., 30 N Gould St Ste R, Sheridan, Wyoming 82801. The executed return of summons was filed with this Court on April 20, 2026. (ECF No. 5.)

3.  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), FME was required to serve an answer or otherwise respond to the Complaint within twenty-one (21) days of service - by no later than May 11, 2026.

4.  As of the date of this filing, FME has failed to plead, answer, or otherwise defend this action. No appearance has been entered on FME's behalf, and no extension of time has been sought or granted.

## II.  LEGAL STANDARD

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Entry of default is ministerial and mandatory upon a proper showing that the defendant has been properly served and has failed to timely respond. Tripodi v. Welch, 810 F.3d 761, 764 (10th Cir. 2016).

## III.  DECLARATION OF JOSHUA ANDERS IN SUPPORT

I, Joshua Anders, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1.  I am the Plaintiff in the above-captioned action, appearing pro se.

2.  Defendant FME Employment LLC was served through its registered agent on April 20, 2026, as reflected in the proof of service filed at ECF No. 5. FME's answer was due no later than May 11, 2026.

3.  As of the date of this filing, FME has not filed an answer, motion, or any other responsive pleading. No extension of time has been requested or granted.

4.  FME is not an infant, incompetent person, or member of the United States military service. FME is a Wyoming limited liability company - a business entity not entitled to the protections of the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 et seq.

5.  Based on the foregoing, the Clerk's entry of default against FME is appropriate pursuant to Fed. R. Civ. P. 55(a).

Dated: May 12, 2026

**JOSHUA ANDERS**

*Plaintiff, Pro Se*

655 W Irving Park Rd, Apt 2811

Chicago, IL 60613

Email: legal@joshanders.com

Phone: (804) 916-9666

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court via electronic mail to wydnewcase@wyd.uscourts.gov. Because FME has not appeared in this action and has no counsel of record, no additional service is required at this time.

*Joshua Anders*

**JOSHUA ANDERS**

*Plaintiff, Pro Se*