**FILED**



**2:21 pm, 5/13/26**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

JOSHUA ANDERS

                       Plaintiff,

vs                                   Case Number: 26-cv-136-KHR

FME EMPLOYMENT LLC

                      Defendant.

## CLERK'S ENTRY OF DEFAULT

It appearing from the record that the summons and complaint were properly served upon Defendant FME EMPLOYMENT LLC, and that Defendant has failed to answer or otherwise plead; and that the time for filing such answer or other pleading has expired and that the defendant is now in default;

NOW, THEREFORE, default is hereby entered against Defendant FME EMPLOYMENT LLC.

DATED this 13th day of May, 2026.

Margaret Botkins
Clerk of Court

By: _____
Deputy Clerk

WY 119                                                      Rev. 3/18/2026