

**FILED**

1:57 pm, 6/5/26

**Margaret Botkins
Clerk of Court**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

JOSHUA ANDERS,

     Plaintiff,

v.

FME EMPLOYMENT LLC, a Wyoming limited
liability company; RYAN DANIEL BLACKMAN
a/k/a RYAN DANIEL, individually; and VIKTOR
VYUSHIN, individually,

     Defendants.

Civil Action No. 2:26-cv-00136-KHR

---

### PLAINTIFF'S NOTICE OF RETURNED MAIL
### REGARDING SERVICE OF MOTION FOR LEAVE TO EFFECT ALTERNATIVE
### SERVICE [ECF NO. 10] UPON DEFENDANT FME EMPLOYMENT LLC

Plaintiff Joshua Anders, appearing pro se, respectfully submits this Notice to advise the Court of

the return by the United States Postal Service of mail directed to Defendant FME Employment

LLC, as follows:

1.     On May 5, 2026, Plaintiff served a true and correct copy of *Plaintiff's Motion for Leave*

    *to Effect Alternative Service of Process on Defendant Viktor Vyushin Pursuant to Fed. R.*

    *Civ. P. 4(e)(1) and Declaration of Joshua Anders in Support Thereof* [ECF No. 10],

    including Exhibit 1 thereto, upon Defendant FME Employment LLC by depositing a

    copy in the United States Mail, first-class postage prepaid, addressed to its registered

    agent at: Registered Agents Inc., 30 N Gould St Ste R, Sheridan, Wyoming 82801. The

    corresponding Certificate of Service was filed on May 5, 2026. (ECF No. 11.)

2.     On or about May 29, 2026, the United States Postal Service returned that mailing to

    Plaintiff undelivered. The returned envelope bears USPS markings stating "RETURN TO

    SENDER," "REFUSED," and "UNABLE TO FORWARD," together with a "POSTAGE

    DUE" notation. A true and correct image of the front of the returned envelope is attached

hereto as Exhibit A, and a true and correct image of the reverse side of the returned

envelope is attached hereto as Exhibit B.

3.     Service of the Motion was complete upon mailing pursuant to Federal Rule of Civil

Procedure 5(b)(2)(C), and the subsequent return of the envelope does not affect the

validity or completeness of that service.

4.     The Clerk entered default against Defendant FME Employment LLC on May 13, 2026

(ECF No. 13). Pursuant to Federal Rule of Civil Procedure 5(a)(2), no further service of

filings upon FME is required while it remains in default for failing to appear.

5.     Plaintiff submits this Notice solely to document the return of the mailing for the record

and to confirm that Plaintiff has retained and preserved the original returned envelope.

Plaintiff does not by this Notice seek any relief from the Court.

Dated: June 5, 2026

**JOSHUA ANDERS**
*Plaintiff, Pro Se*
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing Notice was filed with the Clerk of Court via electronic mail to wydnewcase@wyd.uscourts.gov. Defendant FME Employment LLC is in default and has not appeared in this action and has no counsel of record; accordingly, no service upon FME is required pursuant to Fed. R. Civ. P. 5(a)(2). Defendants Ryan Daniel Blackman a/k/a Ryan Daniel and Viktor Vyushin have not appeared and have not been served, and therefore are not entitled to service of this filing at this time.

**JOSHUA ANDERS**
*Plaintiff, Pro Se*

# EXHIBIT A



Front of envelope returned by USPS marked "REFUSED – RETURN TO SENDER," processed May 29, 2026.

**EXHIBIT B**



Reverse side of the same returned envelope, processed May 29, 2026.