**FILED**

1:24 pm, 6/22/26

**Margaret Botkins
Clerk of Court**

**AFFIDAVIT OF NON-SERVICE**    Case No. 26CV136-KHR

| Case: 2:26-cv-00136-KHR | Court: UNITED STATES DISTRICT COURT for the District of Wyoming | County: | Job: 15719380 |
|---|---|---|---|
| Plaintiff / Petitioner: Joshua Anders | | Defendant / Respondent: FME Employment, LLC, et al. | |
| Received by: CIG, LLC | | For: Josh Anders | |
| To be served upon: Ryan Daniel Blackman | | | |

I, Jean M. Mercado, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:    Ryan Daniel Blackman, 11 Golf View Dr. , Dorado, PR 00646

Manner of Service:    Unsuccessful Attempt

Documents:    Summons and Complaint (Received Apr 21, 2026 at 12:30pm -04)

**Additional Comments:**

1) Unsuccessful Attempt: Apr 23, 2026, 4:45 pm -04 at 11 Golf View Dr. , Dorado, PR 00646
The Process Server (PS) arrived at the location provided. Once there, the security guard gave him access to enter the community. The PS arrived and rang the doorbell, but it did not work. He looked through the windows of the house and saw no one. He did not make contact with anyone after several tries and left the area.

2) Unsuccessful Attempt: May 1, 2026, 1:01 pm AST at 11 Golf View Dr. , Dorado, PR 00646
The Process Server (PS) arrived at the location provided. Once there, the PS noticed there is a sign of For Sale. The PS spoke with two workers at the house. They are workers who are employed to make construction, remodeling and maintenance. The PS asked about the recipient, Mr. Ryan Daniel Blackman and they said that the owner was not at the residence. They told the PS that they were just contracted to work on the residence as they usually do when a house is for sale. They do not have direct contact with the owner or the resident. The PS left the area.

3) Unsuccessful Attempt: May 15, 2026, 10:03 am AST at 11 Golf View Dr. , Dorado, PR 00646
The Process Server (PS) arrived at the location provided. Once there, he spoke with one of the same workers from the previous attempt. They confirmed again that they did not know anything about the resident since they are just making home improvements and construction works. The PS left the area.

_Affidavit # 24,200_

Subscribed and sworn to before me by the affiant who is personally known to me _Carolina Puerto Rico_

_____
Jean M. Mercado          Date 6/16/26

Notary Public _Belinda Rodriguez Nieves Puerto Rico Notary Public_

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017
787-931-7478

Date _June 16, 2026_    Commission Expires _# 10,109_

_Comm. Permanent No Expiration_







May 15, 2026 at 10:03:41 AM
+18.467803,-66.306803
3 Golf View Dr
Dorado PR 00646
United States