EXHIBIT 1

DocuSearch skip trace report for Defendant Viktor Vyushin, search no. 26060502, submitted June 15, 2026.

The subject's date of birth has been redacted to the year of birth pursuant to Fed. R. Civ. P. 5.2(a)(2) and U.S.D.C.L.R. 8.1. No other alteration has been made.

**DOCUSEARCH SEARCH # 26060502**

Submitted 6/15/2026, Locate By Name-Previous Address

VIKTOR O VYUSHIN in PALO ALTO, CA | DOB: [redacted]1985 | Age: 40

AKA:
VIKTOR O VYUSHIN
VIKTOR VYUSHIN
VIKTOR O VYUSIN
VIKTOR VYUSIN
VIKTOR SOLSTICE

Possible Phone Number
Number: 650-269-9018 Type: Mobile

Addresses
Date: 02/2016 - 06/09/2026
310 GRANT AVE
PALO ALTO, CA 94306
SANTA CLARA COUNTY

Date: 12/2016 - 06/26/2023
1535 6TH ST APT 411
SANTA MONICA, CA 90401
LOS ANGELES COUNTY

Date: 12/2016 - 04/12/2018
5407 COLFAX AVE APT 320
NORTH HOLLYWOOD, CA 91601
LOS ANGELES COUNTY

Date: 04/30/2015 - 12/2016
5407 COLFAX AVE
NORTH HOLLYWOOD, CA 91601
LOS ANGELES COUNTY

Date: 02/07/2015 - 12/2016
5407 COLFAX AVE APT 226
NORTH HOLLYWOOD, CA 91601

LOS ANGELES COUNTY

Date: 07/13/2014 - 07/13/2014
244 BISCAYNE BLVD APT 303
MIAMI, FL 33132
MIAMI-DADE COUNTY

Date: 11/01/2005 - 01/04/2014
546 W FREMONT AVE
SUNNYVALE, CA 94087
SANTA CLARA COUNTY

Date: 10/01/2004 - 09/30/2012
1034 COLORADO AVE APT C
PALO ALTO, CA 94303
SANTA CLARA COUNTY