EXHIBIT 2

DocuSearch skip trace report for Defendant Ryan Daniel Blackman, search no. 26060501, submitted June 15, 2026.

The subject's date of birth has been redacted to the year of birth pursuant to Fed. R. Civ. P. 5.2(a)(2) and U.S.D.C.L.R. 8.1. No other alteration has been made.

**DOCUSEARCH SEARCH # 26060501**

Submitted 6/15/2026, Locate By Name-Previous Address

RYAN DANIEL BLACKMAN in DORADO, PR | DOB: [redacted]1981 | Age: 44

AKA:
RYAN DANIEL BLACKMAN
RYAN BLACKBURN

Possible Phone Numbers:
Number: 310-709-7763 Type: Mobile
Number: 310-472-6826 Type: VoIP

Addresses
Date: 07/2021 - 06/09/2026
11 GOLF VIEW DR
DORADO, PR 00646
DORADO COUNTY

Date: 08/2009 - 08/31/2021
23311 W PALOMA BLANCA DR
MALIBU, CA 90265
LOS ANGELES COUNTY

Date: 05/11/2021 - 05/11/2021
34 DORADO BCH E # 4 ST
DORADO, PR 00646
DORADO COUNTY

Date: 09/15/1999 - 11/12/2018
120 N CANYON VIEW DR
LOS ANGELES, CA 90049
LOS ANGELES COUNTY

Date: 08/2009 - 04/15/2014
2624 MILITARY AVE
LOS ANGELES, CA 90064
LOS ANGELES COUNTY

Date: 11/01/2006 - 07/12/2012
2142 1/2 BAXTER ST
LOS ANGELES, CA 90039
LOS ANGELES COUNTY

Date: 06/30/2007 - 08/2009
2004 OAK ST APT C
SANTA MONICA, CA 90405
LOS ANGELES COUNTY