EXHIBIT 3

Printouts of the public website at https://ehva.ai, captured September 25, 2026:
(1) home page, including the footer identifying the operator as "AVLAN PR LLC DBA EHVA.AI" and the contact addresses and telephone numbers; and
(2) Terms of Service page.

EHVA.AI

# Phone A.I. that improves |

...and she does it at about 9 cents a minute.

No contracts.



**Talk to EHVA now:**

(###) ###-####

EHVA will call this number and introduce herself

Start call

**EHVA**GPT

Ask me anything

# EHVA.AI

Read more...

1 2 3 4 5 6

Contact Us Live Demo

Hear recordings

From day one, EHVA is clear, straightforward, and easy to launch. We don't hide features behind paywalls, bury fees in fine print, or make setup a weeks-long mystery. Our onboarding is fast, our integrations are direct, and you'll know exactly how everything works before you ever pay a dime. No black boxes or misleading claims...all with no long-term contracts.

Show more

EHVAGPT

EHVA.AI

Want to hear what EHVA actually sounds like? Listen to a few real recordings below and experience the difference for yourself.

Display recordings for:

Random

LISTEN TO AIDEN

## Argonaut Hotel - Late Checkout

Grants complimentary late checkout, if property policies and current occupancy allow, and escalates when needed.

LISTEN TO AIDEN

## Provider Eligibility Verification

Verifies member eligibility and benefits instantly by accessing the TPA database in real time.

LISTEN TO ASH

## Claims Status Inquiry

Provides real-time claim status updates without transferring to a rep.

EHVAGPT

upsells every time.

LISTEN TO AIDEN

## Claim Paid Inquiry

Provides claim payment details (amounts, dates, and status) without human intervention.

LISTEN TO AIDEN

## Argonaut Hotel - Valet Request

Processes guest requests and routes them directly to your valet team.

## Want to try our phone A.I.

EHVAGPT

**EHVA.AI**

# How can a machine have a soul?

By adding heart to science - by fusing art and engineering to create a mechanical being that feels human to humans.



## Heart

The truth is, people don't want to talk to a machine. But with human-like empathy and intelligence, we can change that. At EHVA, our machine heart knows how to connect, winning the trust and hearts

**EHVAGPT**

Science can create machines that speak to people, but EHVA is built on something deeper. While all AI relies on science, EHVA's foundation leaves space for heart, allowing the two to work together in perfect harmony.

# How did we make it so good?

By adding heart to science - by fusing art and engineering to create a mechanical being that feels human to humans.

# How fast can EHVA be deployed?

## Fastest Deployment in the Industry

**Most clients are live in 5 days.**

Next, we link EHVA with your existing systems be it a CRM, PMS, EHR, or a custom platform. If there's an API, we integrate directly; if not, we usually find a way. This enables EHVA to exchange real-time data, making every call smarter and more impactful.

**EHVAGPT**

EHVA.AI



Show steps

## Let's talk about

EHVA is a conversational phone A.I. built by telecom and telesales professionals—not venture capitalists. We don't use consumer tools like GPT or Twilio, and we never lock clients into long-term contracts or teaser rates. Most clients go live in 5 days, and all qualified businesses start free....

Show More

Talk to our humans:

**(888) 775-8857**

EHVAGPT

Email

Phone

What should we talk about?

Do want to set a meeting time?

No Yes

Let's do it!

**EHVA at a glance...**

**Solutions**

Industry Specialties
Use Cases
Services

**Resources**

Blog
FAQ

**EHVAGPT**

EHVA.AI

Terms and Conditions

---

# EHVA.AI

by AVLAN PR LLC.

AVLAN PR LLC
DBA EHVA.AI
425 Carr 693 STE 1-348
Dorado, PR 00646

US Mailing Address:
34 N Franklin Ave, Ste 687-1845
Pinedale, WY 82941

We're on Trustpilot

ACCREDITED BUSINESS BBB Rating: A+
As of 9/25/2026
Click for Profile

EHVAGPT

EHVA.AI

# TERMS AND CONDITIONS

Welcome to EHVA.AI. By accessing or using our website and services, you agree to be bound by these terms and conditions **("Terms")** and our Privacy Policy. If you do not agree with any part of these Terms, you may not use our website or services.

## Services

EHVA.AI provides an artificial intelligence platform and related services as described on our website. We reserve the right to modify, suspend, or discontinue our services at any time without notice.

## User Accounts

To access certain features of our services, you may be required to create an account. You are responsible for maintaining the confidentiality of your account credentials and for all activities that occur under your account.

## Intellectual Property

All content and materials on our website, including but not limited to text, graphics, logos, images, and software, are the property of EHVA.AI or our licensors and are protected by applicable intellectual property laws. You may not modify, copy, distribute, transmit, display, reproduce, publish, license, or create derivative works from our content without our prior written consent.

## User Content

EHVA.AI does not claim ownership of any content or materials you submit or upload to our services ("User Content"). However, by uploading User Content, you grant us a worldwide, no

Co

Th

EHVAGPT

Ask me anything

# EHVA.AI

## Disclaimer of Warranties

Our services are provided on an "as is" and "as available" basis, without warranties of any kind, express or implied, including but not limited to warranties of merchantability, fitness for a particular purpose, and non-infringement.

## Limitation of Liability

In no event shall EHVA.AI or its affiliates be liable for any indirect, incidental, special, consequential, or punitive damages, including but not limited to loss of profits, data, use, goodwill, or other intangible losses, resulting from your access to or use of our services.

## Indemnification

You agree to indemnify and hold EHVA.AI and its affiliates harmless from any claims, losses, liabilities, and expenses, including reasonable attorneys' fees, arising out of your use of our services or violation of these Terms.

## Governing Law

These Terms shall be governed by and construed in accordance with the laws of [insert jurisdiction], without regard to its conflict of law provisions.

## Modifications

We reserve the right to modify these Terms at any time. Your continued use of our services after any such changes constitutes your acceptance of the new Terms.

## Contact Us

If you have any questions or concerns about these Terms, please contact us at ter

EHVAGPT

**Solutions**
Industry Specialties
Use Cases
Services

**Resources**
Blog
FAQ

**Company**
Press
About EHVA
Contact Us
We're Hiring!

**Other**
Privacy Policy
Terms and Conditions

---

## EHVA.AI

by AVLAN PR LLC.

AVLAN PR LLC
DBA EHVA.AI
425 Carr 693 STE 1-348
Dorado, PR 00646

US Mailing Address:
24 N Franklin Ave, Ste 687 1845

**EHVAGPT**

EHVAGPT