EXHIBIT 4

Puerto Rico Department of State records for AVLAN PR LLC (Register No. 456127):
(1) Certificate of Formation of a Limited Liability Company, transaction date December 21, 2020, downloaded June 15, 2026; and
(2) Corporation Information page from the Department of State online registry, captured September 25, 2026.

| |
|---|
| Government of Puerto Rico<br>Department of State<br><br>Transaction Date: 21-Dec-2020<br>Register No: 456127<br>Order No: 1905956 |

# Government of Puerto Rico

## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

**The name of the Domestic Limited Liability Company is: AVLAN PR LLC**
**Desired term for the entity name is: LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927** |
| Mailing Address | **PO BOX 363247, SAN JUAN, PR, 00936** |
| Phone | **(787) 793-4400** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **AVLAN PR LLC** |
| Street Address | **101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927** |
| Mailing Address | **101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927** |
| Email | **ryan.blackman@gmail.com** |
| Phone | **(787) 793-4400** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**THE PURPOSE OF THE COMPANY IF TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY RECOGNIZED TO LIMITED LIABILITY COMPANIES UNDER CHAPTER XIX OF THE PUERTO RICO GENERAL CORPORATION LAW OF 2009, AS AMENDED FROM TIME TO TIME.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **BLACKMAN, RYAN** |
| Street Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Mailing Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Email | **ryan.blackman@gmail.com** |

### Article V - Administrators

If the faculties of the Authorized Persons will end upon the filing of the Certificate of Formation of a Limited Liability Company, the names, physical and mailing address of the persons who will act as Administrators until the first annual meeting of the members or until their successors replace them are as follows:

| | |
|---|---|
| Name | **Blackman, Ryan** |
| Title | **President, Treasurer** |
| Street Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Mailing Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Email | **ryan.blackman@gmail.com** |
| Expiration Date | **Indefinite** |

## Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **21-Dec-2020**

## Supporting Documents

| Document | Date Issued |
|---|---|

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We BLACKMAN, RYAN, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 21st day of December, 2020.

CORPORATION INFORMATION

# Corporation Information

## AVLAN PR LLC



### General Information

| | |
|---|---|
| Name | AVLAN PR LLC |
| Register No. | 456127 |
| Status | ACTIVE |
| Class | Limited Liability Company |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 21-Dec-2020 02:41 PM |
| Effective Date | 21-Dec-2020 02:41 PM |
| Expiration Date | Does not expire |

### Main Office

| | |
|---|---|
| Street Address | 101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927 |
| Mailing Address | PO BOX 363247, SAN JUAN, PR, 00936 |

### Resident Agent

| | |
|---|---|
| Name | AVLAN PR LLC (Entity) |
| Street Address | 101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927 |
| Mailing Address | 101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927 |

### Administrators

| Name | Title | Address |
|---|---|---|
| Blackman , Ryan | President, Treasurer | 1100 Broadway, SANTA MONICA, CA, 90401<br>1100 Broadway, SANTA MONICA, CA, 90401 |

### Authorized Persons

| Name | Street Address | Mailing Address |
|---|---|---|
| BLACKMAN , RYAN | 1100 Broadway, SANTA MONICA, CA, 90401 | 1100 Broadway, SANTA MONICA, |

### Purpose

THE PURPOSE OF THE COMPANY IF TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY RECOGNIZED TO LIMITED LIABILITY COMPANIES UNDER CHAPTER XIX OF THE PUERTO RICO GENERAL CORPORATION

LAW OF 2009, AS AMENDED FROM TIME TO TIME.

**Government of Puerto Rico**

Department of State
of Puerto Rico

**Navigation**

Passports

Corporations

Examining Boards

Trademark

Immigration Services

**Resources**

Regulation No. 8688

Act No. 55-2020

Act No. 164-2009

Puerto Rico's Treasury Department

**Contact**

San José with San Francisco Street
San Juan, Puerto Rico

PO Box 9023271
San Juan, Puerto Rico 00902-3271

© 2026 Department of State, Government of Puerto Rico. This platform and the documents issued by it were authorized by the Office of the Electoral Comptroller OCE-SA-2023-00187

Terms of Use Privacy Policy