EXHIBIT 5

(1) Printout of the public website at https://www.fountainheadme.com, captured September 25, 2026; and
(2) Record of public DNS, HTTP, and domain-registration lookups for fountainheadme.com, avlanpr.com, and ehva.ai performed September 25, 2026.

# Online Selling Done Innovatively.

Everything we do has been designed around your net profit.

Check out our **336** reviews

Trustpilot

Get Started Read More

foun·tain·head noun, an original source of something.

# AUTHORITY:
# AMAZON.
# ECOMMERCE.

## We fuse the art of sales with science.

**To win at eCommerce, Amazon or traditional, a seller needs both intuitive understanding of buyer behavior and application of complex mathematics. People skills can only get you so far. Numbers express exactly the how, what, when, and where of buyer behavior. It's our job to interpret these numbers using calculus and experience to answer who the customers are and why they buy. Once we define and understand the audience, we can target and sell to them with scope and precision.**

**We aren't freelancers. We're a team of the best eCommerce minds in the industry. Our expert full-service Amazon account managers, online marketers, UX/UI specialists, and full-stack developers will serve your needs with cohesive, data-driven strategy and unparalleled technique.**

Get Started Read More ↓

## We'll prove it to you before we even start.

We'll provide a free analysis and an intro to our team before we charge you a single dollar.

# CASE STUDIES

## SUNKIST™

AMAZON + ECOMMERCE

View Site

## STAY GET WELL

AMAZON

View Study

## AGELESS BY HASBRO™

AMAZON

View Study

## REVEL NAIL

AMAZON

View Study

## DR. SCHULZE

AMAZON

View Study

## TALAVERA
AMAZON

View Study

## VINGLACÉ
AMAZON AND E-COMMERCE

View Study

## GENERAL CHEMICAL CORP
AMAZON

View Study

## JUNIPER RIDGE
AMAZON

View Study

## K2 SCIENTIFIC

AMAZON

View Study

## RESOURCEFUL SUPPLY

ECOMMERCE - ERP INTEGRATION - SHOPPING

View Study

## FLIPSIDE WALLETS

AMAZON

View Study

# Get started by reading more about what we do...

## AMAZON SERVICES

**Product Pages**
Product Page Creation
Product Page Optimization
Amazon EBC
Amazon Storefronts

**Account Management**
Amazon Optimization

Brand Registry
Suspension Appeal
Buy Box & Listing Hijackers

**Marketing**
Amazon SEO
Amazon Advertising / PPC
Sponsored Products Management

Facebook Ads to Amazon

**Boost Amazon Sales**
Get a free analysis!
Amazon Best Practices by FME

**Fulfillment**
Inventory & FBA Strategy
FBA Consulting & Optimization

## ECOMMERCE SERVICES

**Marketing**
eCommerce SEO
Google Adwords & Bing
Google Pay-Per-Click (PPC) Ads
Facebook Ads
Analytics
Shopify Marketing
WooCommerce Marketing

**eCommerce Optimization**
Shopify: Sell More

WooCommerce: Sell More
Magento: Sell More
Custom eCommerce: Sell More
Failing Site Repair

**Google Optimization**
Google AdWords
Product Feed Optimization
Shopping Actions
Google Express

**Development**
Custom Site Design and Development
Conversion Optimization
Content Migration

**Boost eCommerce Sales**
Get a free analysis!
eCommerce Best Practices by FME

**Reputation & Service**
**secondary-menu**

**CASE STUDIES**

**OUR TEAM**

**CONTACT**

**PRICING**

**(216) 200-7833**

# ...or just reach out to talk by phone, email, or chat.

# Contact Us

Email *

Full name *

First

Last

Phone

+1

Website

Leave us a few words *

FountainheadME is committed to protecting your privacy. By opting in, you agree to receive SMS and marketing updates about our products, services, and exclusive offers. We'll only use your information to deliver the content you've requested.

- [ ] I agree to receive communications from FountainheadME

Submit

Do not submit confidential information such as credit card details, mobile and ATM PINs, OTPs, account passwords, etc. Report Abuse

(216) 200-7833
9:30am - 6:30pm EST

## Amazon account suspension/deactivation?

Click here.

Amazon & eCommerce Management

(216) 200-7833


SITELINKS

AMAZON SERVICES
Boost Amazon Sales
Account Management
Product Pages
Marketing
Fulfillment
ECOMMERCE SERVICES
Boost eCommerce Sales
eCommerce Optimization
Development
Marketing
Google Optimization
Reputation & Service
CASE STUDIES
OUR TEAM
CONTACT
PRICING
(216) 200-7833


IMPORTANT STUFF

Privacy policy

Terms of service


Copyright 2026 - White Cardinal Marketing LLC DBA FountainheadME

Public DNS and HTTP lookups performed September 25, 2026

```
$ dig +short MX fountainheadme.com
1 smtp.google.com.
$ dig +short A fountainheadme.com
104.21.59.119
172.67.177.50
$ curl -sI https://fountainheadme.com | head -1
HTTP/2 200

$ dig +short MX avlanpr.com
5 alt2.aspmx.l.google.com.
10 alt4.aspmx.l.google.com.
5 alt1.aspmx.l.google.com.
1 aspmx.l.google.com.
10 alt3.aspmx.l.google.com.
$ dig +short A avlanpr.com
104.21.68.70
172.67.191.168
$ curl -sI https://avlanpr.com | head -1

$ dig +short MX ehva.ai
10 alt4.aspmx.l.google.com.
5 alt1.aspmx.l.google.com.
5 alt2.aspmx.l.google.com.
10 alt3.aspmx.l.google.com.
1 aspmx.l.google.com.
$ dig +short A ehva.ai
34.68.73.75
$ curl -sI https://ehva.ai | head -1
HTTP/2 200

$ whois avlanpr.com | grep -iE 'creation date|updated date|registry expiry|
registrar:'
   Updated Date: 2026-01-08T15:02:06Z
   Creation Date: 2023-01-07T14:20:25Z
   Registry Expiry Date: 2027-01-07T14:20:25Z
   Registrar: GoDaddy.com, LLC
```