EXHIBIT 6

Email thread "Re: [External] FME Employment LLC - Employment Agreement," April 24, 2024, as retained by Plaintiff in his josh@ehva.ai mailbox. The most recent message is Plaintiff's; earlier messages in the thread are quoted below it, ending with the originating message from viktor@fountainheadme.com. Tracking links and mail-scanner notices have been omitted; the thread is otherwise reproduced in full. Embedded logo images are not reproduced.

=====================================================================

From: Josh Anders <josh@ehva.ai>
To: Richard Demarest Yant <ryant@mpslaw.com>, 'Viktor Vyushin' <viktor@fountainheadme.com>
Cc: Ryan Daniel Blackman <ryan@fountainheadme.com>
Date: Wed, 24 Apr 2024 18:06:20 -0400
Subject: Re: [External] FME Employment LLC - Employment Agreement

Looks good to me! Viktor, Ryan?

-Josh

On 4/24/24 17:25, Richard Demarest Yant wrote:
>
> Let’s try this again.
>
> Attached should show my suggestions in Word’s Track Changes (sections 5 and 7 and Exhibit A).

> Richard Demarest Yant - Partner
> 312-987-9900 (main) | 312-461-4309 (direct)
> 847-892-4106 (fax) | ryant@mpslaw.com
> Chicago Office | 125 South Wacker Drive, Suite 2900, Chicago, Illinois 60606

> *From:* Richard Demarest Yant <ryant@mpslaw.com>
> *Sent:* Wednesday, April 24, 2024 4:15 PM
> *To:* 'Josh Anders' <josh@ehva.ai>; 'Viktor Vyushin' <viktor@fountainheadme.com>
> *Cc:* Ryan Daniel Blackman <ryan@fountainheadme.com>
> *Subject:* RE: [External] FME Employment LLC - Employment Agreement
>
> I don’t know what happened, but I’ll try it again in a few minutes.

> Richard Demarest Yant - Partner
> 312-987-9900 (main) | 312-461-4309 (direct)
> 847-892-4106 (fax) | ryant@mpslaw.com
> Chicago Office | 125 South Wacker Drive, Suite 2900, Chicago, Illinois 60606
>
> *From:* Josh Anders <josh@ehva.ai>
> *Sent:* Wednesday, April 24, 2024 4:01 PM
> *To:* Richard Demarest Yant <ryant@mpslaw.com>; 'Viktor Vyushin' <viktor@fountainheadme.com>
> *Cc:* Ryan Daniel Blackman <ryan@fountainheadme.com>
> *Subject:* Re: [External] FME Employment LLC - Employment Agreement
>
> R.D.,
>
> I don't see any markup on this. Can you summarize the changes you made?

> Thanks,

> Josh
>
> On 4/24/24 15:04, Richard Demarest Yant wrote:
>
> Thanks, Viktor.
>
> See attached my markup with a few changes.
>
> This remains subject to review and approval by Josh.
>
> Please let me know if you have any questions or concerns.
>
> R.D.

> Richard Demarest Yant - Partner
> 312-987-9900 (main) | 312-461-4309 (direct)
> 847-892-4106 (fax) | ryant@mpslaw.com
> Chicago Office | 125 South Wacker Drive, Suite 2900, Chicago, Illinois 60606
>
> *From:* Viktor Vyushin <viktor@fountainheadme.com>
> *Sent:* Wednesday, April 24, 2024 11:17 AM
> *To:* Richard Demarest Yant <ryant@mpslaw.com>
> *Cc:* Josh Anders <josh@ehva.ai> ; Ryan Daniel Blackman <ryan@fountainheadme.com>
> *Subject:* [External] FME Employment LLC - Employment Agreement
>
> Hello Richard,
>
> Please find Word version of the agreement attached.
>
> Let me know if you need anything else in the meantime.

> ECOMMERCE CONSULTING + DEVELOPMENT
>
> Viktor Vyushin - Director of Operations
>
> (844) 691-1363

> Check out our reviews
> Trustpilot Logo

>