EXHIBIT 7

Screenshots of Defendant Viktor Vyushin's LinkedIn profile page and "All activity" page, captured by Plaintiff on September 25, 2026.

I'm looking for...

Home My Network Jobs Messaging Notifications Me For Business Advertise

EHVA.AI



## Viktor Vyushin · 1st

Director of Operations at EHVA.AI

Palo Alto, California, United States · Contact info

500+ connections

Message More

EHVA.AI

San Jose State University

### About

Results-driven Director of Operations with a relentless focus on execution and a track record of scaling small to medium-sized businesses. Known for extraordinary horsepower and extreme ownership in driving operational success. Skilled at leading projects, implementing strategic initiatives, and optimizing business processes.... more

### Activity

1,137 followers

Posts Comments

Viktor Vyushin reposted this

Viktor Vyushin reposted this

Link copied to clipboard. View post.

Promoted

1819 Innovation Hub

LinkedIn Member, see how top companies innovate

Get connected with Fortune 500 companies driving next-gen innovation

Follow

### More profiles for you

Jeffrey Schaffer · 2nd
Chief Revenue Officer at EHVA.ai
Connect

Ryan Daniel · 2nd
Architect/Founder - EHVA.ai
Connect

David Burton · 3rd+
EHVA.AI
Message

Noaman Sbouria · 3rd
Senior Software Engineer at EHVA.AI
Connect

Anthony Melchiorri · 2nd
Founder of Argeo Hospitality....

Messaging

Home My Network Jobs Messaging Notifications Me For Business Advertise

EHVA.AI

**Viktor Vyushin**
Director of Operations at EHVA.AI

Followers 1,137

Message

## All activity

Posts | Comments | Videos | Images | Reactions

**Viktor Vyushin** reposted this

**EHVA.ai**
376 followers
4w

Announced today: our partnership with Benefit Cloud, pairing accurate benefits data connectivity with a managed voice AI service that resolves inbound provider calls autonomously. ...more

**Jeffrey Schaffer** • 2nd
Chief Revenue Officer at EHVA.ai
4w
+ Follow

TPAs and benefit administrators: you just won a 15,000 life group. Congratulations.
Provider call volume scales with it immediately. Your team doesn't.

Which leaves one question: can the provider call queue absorb it?

Today we announced a partnership with Benefit Cloud. ...more

Viktor Vyushin and 6 others — 1 repost

Like | Comment | Repost | Send

**Viktor Vyushin** reposted this

**Jeffrey Schaffer** • 2nd
Chief Revenue Officer at EHVA.ai
Visit my website
1mo
+ Follow

Announcement Incoming...
Policy status. Billing. Claim status.
Those three call types dominate the inbound queue at nearly ...more

VERVE Partners with EHVA.ai to Automate Policy Status and Claims Status Calls with...
prnewswire.com

Noureddine Belguinan and 26 others — 4 comments · 4 reposts

Like | Comment | Repost | Send

**Viktor Vyushin** reposted this

**Jeffrey Schaffer** • 2nd
Chief Revenue Officer at EHVA.ai
Visit my website
3mo • Edited
+ Follow

How's your hotel really doing? We just shipped something that changes the morning briefing forever...
Every GM starts their day the same way. Walk the floor. Check ...more



18 — 3 comments · 4 reposts

Like | Comment | Repost | Send

**Viktor Vyushin** reposted this

**Jeffrey Schaffer** • 2nd
Chief Revenue Officer at EHVA.ai
Visit my website
4mo
+ Follow

EHVA.ai and Actabl Announce Strategic Partnership to Connect Hotel Voice AI with Alice Operations Platform
Integration enables automatic ticket creation inside Alice from ...more

Alice Hotel Software: 100% Perfect Hotel Operations
actabl.com

21 — 5 comments · 2 reposts

Like | Comment | Repost | Send

**Viktor Vyushin** reposted this

**Jeffrey Schaffer** • 2nd
Chief Revenue Officer at EHVA.ai
Visit my website
4mo • Edited
+ Follow

Partnership Announcement: EHVA.ai x Stayntouch

Excited to announce EHVA.ai is now integrated with Stayntouch ...more

EHVA.ai & Stayntouch: AI Voice Reservations for Hotels
ehva.ai

17 — 2 comments · 3 reposts

Like | Comment | Repost | Send

Promoted

**1819 Innovation Hub**

LinkedIn Member, see how top companies innovate
Get connected with Fortune 500 companies driving next-gen innovation

Follow

**People you may know**
From Viktor's job title

**Greg Godsell**
Engineering Project Manager, Full Stack Web...
Connect

**Rishi Dalal**
Software Development Process Manager
Connect

**Stephen Scipione**
Operations at ADAR1 Capital Management
Connect

**Lindley Rickert**
Operations at Beverly Knits, Inc
Connect

**Caitlin Leslie**
Blanchard's Coffee Roasting Co.
Connect

Show more

Promoted

**1819 Innovation Hub**

LinkedIn Member, see how top companies innovate
Get connected with Fortune 500 companies driving next-gen innovation

Follow

About Accessibility Help Center
Privacy & Terms Ad Choices
Advertising Business Services
Get the LinkedIn app More

LinkedIn Corporation © 2026

**Messaging**

BabbleBlue Communica...