EXHIBIT 8

Records of the California Secretary of State (bizfileonline.sos.ca.gov) retrieved by Plaintiff on September 25, 2026, and one Delaware Division of Corporations record.

A. AVLAN, Entity No. C4173978:
(1) text rendering of the search result, entity detail, and filing history as displayed;
(2) Articles of Incorporation with Statement of Conversion, filed July 16, 2018;
(3) Statement of Information, filed March 10, 2020;
(4) Statement of Information (No Change), filed May 4, 2021;
(5) Certificate of Dissolution, filed September 8, 2021.

B. FOUNTAINHEAD MARKETING ENGINEERS, Entity No. C3980339:
(1) text rendering of the search result, entity detail, and filing history as displayed;
(2) Articles of Incorporation with Statement of Conversion, filed January 18, 2017;
(3) Statement of Information, filed July 20, 2020;
(4) Statement of Information, filed October 28, 2024;
(5) Certificate of Dissolution, filed November 7, 2024.

C. UNIFYY, Entity No. C4623384:
(1) filing history as displayed;
(2) Articles of Incorporation, filed August 4, 2020;
(3) Statement of Information, filed October 12, 2020;
(4) Certificate of Dissolution, filed November 3, 2021.

D. REGEAR L.P., File No. 201320600008:
(1) filing history as displayed;
(2) Certificate of Limited Partnership - Conversion, filed July 22, 2013;
(3) Certificate of Cancellation, filed May 13, 2015.

E. HIPPIE BLING, LLC, File No. 201329510118:
(1) filing history as displayed;
(2) Delaware Division of Corporations entity detail;
(3) Application to Register a Foreign Limited Liability Company, filed October 18, 2013, with Delaware certificate;
(4) Statement of Information, filed August 7, 2015;
(5) Certificate of Cancellation, filed December 30, 2016.

California Secretary of State - Business Search (bizfileonline.sos.ca.gov)
Entity detail and filing history for AVLAN (4173978), as displayed and saved by Plaintiff on September 25, 2026 (search returned 6 results; text rendering of the saved page).

ENTITY DETAIL

Initial Filing Date: 08/22/2017
Status: Terminated
Standing - SOS: Good
Standing - FTB: Good
Standing - Agent: Good
Standing - VCFCF: Good
Inactive Date: 09/08/2021
Formed In: CALIFORNIA
Entity Type: Stock Corporation - CA - General
Principal Address: 1100 BROADWAY, SANTA MONICA, CA 90401
Mailing Address: 1100 BROADWAY, SANTA MONICA,CA90401
Agent: Individual, RYAN BLACKMAN, 1100 BROADWAY, SANTA MONICA, CA 90401

FILING HISTORY (most recent first)

9/8/2021 Termination [Control ID LBA4295216] -- Legacy Comment | Legacy number: D1630207
5/4/2021 Statement of Information [Control ID LBA4295218] -- Legacy Comment | Legacy number: GT02345
3/10/2020 Statement of Information [Control ID LBA4295217] -- Legacy Comment | Legacy number: GD96015
2/27/2019 System Amendment - Penalty Certification - SI [Control ID LBA4295215] -- Legacy Comment | SOS Certification
11/28/2018 System Amendment - SI Delinquency for the year of 0 [Control ID LBA4295214]
7/16/2018 Legacy Conversion [Control ID LBA4295213] -- Legacy Comment | AVLAN, LLC | Legacy Comment | FROM CA LLC 201724010336
8/22/2017 Initial Filing [Control ID 4173978]

4173978

FILED
Secretary of State
State of California
JUL 16 2018

## Articles of Incorporation with Statement of Conversion

I

The name of the corporation is AVLAN.

II

The purpose of the corporation is to engage in any lawful act of activity for which a corporation may be organized under the **General Corporation Law** of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 1,000.

IV

The name of the converting California limited liability company is AVLAN, LLC. The limited liability company's California Secretary of state file number is 201724010336. The principal terms of the plan of conversion were approved by a vote of the members, which equaled or exceeded the vote required under California Corporations Code section 17710.03. There is one class of members entitled to vote and the percentage vote required is a majority in interest of the members. The limited liability company is converting into a California stock corporation.

V

A. The initial street address and mailing address of the converted corporation are:

| | | | |
|---|---|---|---|
| 1100 Broadway | Santa Moncia | CA | 90401 |
| Initial Street Address of Corporation | City | State | Zip Code |
| 1100 Broadway | Santa Moncia | CA | 90401 |
| Initial Mailing Address of Corporation | City | State | Zip Code |

B. The name of the California street address of the converted corporation's initial agent for service process are:

Ryan Blackman

Agent's Name

| | | | |
|---|---|---|---|
| 1100 Broadway | Santa Monica | CA | 90401 |
| Agent's Street Address | City | State | Zip Code |

I declare I am the person who executed this instrument, which execution is my act and deed.

[signature] 06/27/2018

Ryan Blackman, Member
of AVLAN, LLC
and Incorporator

**California Secretary of State**
Electronic Filing

FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | AVLAN |
| Entity (File) Number: | C4173978 |
| File Date: | 03/10/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GD96015 |

**Detailed Filing Information**

1. Entity Name: AVLAN

2. Business Addresses:
   a. Street Address of Principal Office in California: 1100 Broadway, Santa Monica, California 90401, United States of America
   b. Mailing Address: 1100 Broadway, Santa Monica, California 90401, United States of America
   c. Street Address of Principal Executive Office: 1100 Broadway, Santa Monica, California 90401, United States of America

3. Officers:
   a. Chief Executive Officer: Ryan Blackman, 1100 Broadway, Santa Monica, California 90401, United States of America
   b. Secretary: Ryan Blackman, 1100 Broadway, Santa Monica, California 90401, United States of America

Document ID: GD96015

# California Secretary of State
## Electronic Filing

Officers (cont'd):

c. Chief Financial Officer: Ryan Blackman
1100 Broadway
Santa Monica, California 90401
United States of America

4. Director: Ryan Blackman
1100 Broadway
Santa Monica, California 90401
United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process: Ryan Blackman
1100 Broadway
Santa Monica, California 90401
United States of America

6. Type of Business: Consulting

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Ryan Blackman



Document ID: GD96015

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# Corporation - Statement of Information No Change

| | |
|---|---|
| Entity Name: | AVLAN |
| Entity (File) Number: | C4173978 |
| File Date: | 05/04/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GT02345 |

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Viktor Vyushin

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GT02345

D1630207

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

**DISS STK**

FILED BC/Trd
Secretary of State
State of California
SEP 08 2021
1 PC

**This Space For Office Use Only**

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Dissolution - Stock

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

Avlan

**2. 7-Digit Secretary of State Entity Number**

4173978

**3. Election**

☑ The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

**Note**: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – **ALL** must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (**See Instructions for signature requirements.**)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date | Signature | Type or Print Name |
|---|---|---|
| 09/07/21 | Ryan Blackman | Ryan Blackman |
| | | |
| | | |



Clear Form Print Form

2020 California Secretary of State
bizfile sos ca gov

California Secretary of State - Business Search (bizfileonline.sos.ca.gov)
Entity detail and filing history for FOUNTAINHEAD MARKETING ENGINEERS (3980339), as displayed and saved by
Plaintiff on September 25, 2026 (search returned 151 results; text rendering of the saved page).

ENTITY DETAIL
  Initial Filing Date: 11/25/2013
  Status: Terminated
  Standing - SOS: Good
  Standing - FTB: Good
  Standing - Agent: Good
  Standing - VCFCF: Good
  Inactive Date: 11/07/2024
  Formed In: CALIFORNIA
  Entity Type: Stock Corporation - CA - General
  Principal Address: 23311 W PALOMA BLANCA DR, MALIBU, CA 90265
  Mailing Address: Puerto Rico, 11 GOLF VIEW DR, DORADO,PR00646
  Agent: Individual, RYAN BLACKMAN, 1100 BROADWAY, SANTA MONICA, CA 90401

FILING HISTORY (most recent first)
  11/7/2024 Termination [Control ID BA20241999537] -- Filing Status | Active | Terminated | Inactive Date | None | 11/7/2024 5:00:00 PM
  11/1/2024 System Amendment - FTB Revivor [Control ID BA20241947151] -- Filing Status | Suspended - FTB | Active | FTB - Standing | Not Good | Good
  10/28/2024 Statement of Information [Control ID BA20241904878] -- Principal Address 1 | 1100 BROADWAY | 23311 W PALOMA BLANCA DR | Principal City | SANTA MONICA | MALIBU | Principal Postal Code | 90401 | 90265 | Annual Report Due Date | 1/31/2021 12:00:00 AM | 1/31/2026 12:00:00 AM | Labor Judgement | N
  8/1/2024 System Amendment - FTB Suspended [Control ID BA20241402637] -- Filing Status | Active | Suspended - FTB | FTB - Standing | Good | Not Good
  10/27/2021 System Amendment - Penalty Certification - SI [Control ID LBA14894913] -- Legacy Comment | SOS Certification
  6/29/2021 System Amendment - SI Delinquency for the year of 0 [Control ID LBA14894912]
  7/20/2020 Statement of Information [Control ID LBA14894915] -- Legacy Comment | Legacy number: GH11094
  5/29/2019 System Amendment - Penalty Certification - SI [Control ID LBA14894911] -- Legacy Comment | SOS Certification
  2/27/2019 System Amendment - SI Delinquency for the year of 0 [Control ID LBA14894910]
  1/18/2017 Legacy Conversion [Control ID LBA14894909] -- Legacy Comment | FOUNTAINHEAD MARKETING ENGINEERS, LLC | Legacy Comment | FROM CA LLC 201333110080
  11/25/2013 Initial Filing [Control ID 3980339]

3980339

**Articles of Incorporation with Statement of Conversion**

FILED
Secretary of State
State of California

JAN 1 8 2017

I

The Name of the corporation is FOUNTAINHEAD MARKETING ENGINEERS.

II

The purpose of the corporation is to engage in any lawful act of activity for which a corporation may be organized under the **General Corporation Law** of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 1,000.

IV

The name of the converting California limited liability company is FOUNTAINHEAD MARKETING ENGINEERS, LLC. The limited liability company's California Secretary of state file number is 201333110080. The principal terms of the plan of conversion were approved by a vote of the members, which equaled or exceeded the vote required under California Corporations Code section 17710.03. There is one class of members entitled to vote and the percentage vote required is a majority in interest of the members. The limited liability company is converting into a California stock corporation.

V

A. The initial street address and mailing address of the converted corporation are:

| | | | |
|---|---|---|---|
| 23311 West Paloma Blanca | Malibu | CA | 90265 |
| Initial Street Address of Corporation | City | State | Zip Code |
| 23311 West Paloma Blanca | Malibu | CA | 90265 |
| Initial Mailing Address of Corporation | City | State | Zip Code |

B. The name of the California street address of the converted corporation's initial agent for service process are:

Ryan Blackman

Agent's Name

| | | | |
|---|---|---|---|
| 23311 West Paloma Blanca | Malibu | CA | 90265 |
| Agent's Street Address | City | State | Zip Code |

I declare I am the person who executed this instrument, which execution is my act and deed.

Ryan Blackman, Member
of FOUNTAINHEAD MARKETING ENGINEERS, LLC
and Incorporator

**California Secretary of State**
Electronic Filing

FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | FOUNTAINHEAD MARKETING ENGINEERS |
| Entity (File) Number: | C3980339 |
| File Date: | 07/20/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GH11094 |

**Detailed Filing Information**

1. Entity Name: FOUNTAINHEAD MARKETING ENGINEERS

2. Business Addresses:
   a. Street Address of Principal Office in California:
      1100 Broadway
      Santa Monica, California 90401
      United States of America

   b. Mailing Address:
      1100 Broadway
      Santa Monica, California 90401
      United States of America

   c. Street Address of Principal Executive Office:
      1100 Broadway
      Santa Monica, California 90401
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Ryan Blackman
      1100 Broadway
      Santa Monica, California 90401
      United States of America

   b. Secretary:
      Ryan Blackman
      1100 Broadway
      Santa Monica, California 90401
      United States of America

Document ID: GH11094

# California Secretary of State
## Electronic Filing

Officers (cont'd):

c. Chief Financial Officer:

Ryan Blackman
1100 Broadway
Santa Monica, California 90401
United States of America

4. Director:

Ryan Blackman
1100 Broadway
Santa Monica, California 90401
United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

Ryan Blackman
1100 Broadway
Santa Monica, California 90401
United States of America

6. Type of Business: Internet Marketing

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Thomas V. Apkarian Jr., CPA



Document ID: GH11094

BA20241904878

B3150-4800 10/28/2024 10:51 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20241904878
Date Filed: 10/28/2024

Entity Details

| | |
|---|---|
| Corporation Name | FOUNTAINHEAD MARKETING ENGINEERS |
| Entity No. | 3980339 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 23311 W PALOMA BLANCA DR<br>MALIBU, CA 90265 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | Puerto Rico<br>11 GOLF VIEW DR<br>DORADO, PR 00646 |
| Attention | |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 23311 W PALOMA DR<br>MAILBU, CA 90265 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| RYAN BLACKMAN | 1100 BROADWAY<br>SANTA MONICA, CA 90401 | Chief Executive Officer, Secretary, Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

Directors

| Director Name | Director Address |
|---|---|
| Ryan Blackman | 1100 Broadway<br>Santa Monica, CA 90401 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| Agent Name | RYAN BLACKMAN |
| Agent Address | 1100 BROADWAY<br>SANTA MONICA, CA 90401 |

Type of Business

| | |
|---|---|
| Type of Business | INTERNET MARKETING |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B3150-4801 10/28/2024 10:51 AM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Thomas V. Apkarian, Jr., CPA* | *10/28/2024* |
| Signature | Date |

B3169-1107 11/07/2024 5:00 PM Received by California Secretary of State

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

**DISS STK**

For Office Use Only
**-FILED-**
File No.: BA20241999537
Date Filed: 11/7/2024

There is No **Fee** for filing a Certificate of Dissolution - Stock

**Certification Fee (Optional) - $5.00**

This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

FOUNTAINHEAD MARKETING ENGINEERS

**2. Secretary of State Entity Number**

3980339

**3. Election**

☑ The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

**Note:** If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below**

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date | Signature | Type or Print Name |
|---|---|---|
| 10/25/2024 | [signature] | RYAN BLACKMAN, PRESIDENT |
| | | |
| | | |



2022 California Secretary of State
bizfileOnline.sos.ca.gov

**Termination** - *11/3/2021*

*Amendment Type*
Termination

*Control ID*
LBA8568378

*Date*
11/3/2021

*Image Download*
Download

| Field Name | Changed From | Changed To |
|---|---|---|
| Legacy Comment | Legacy number: D1672677 | |

**System Amendment - SI Delinquency for the year of 0** - *10/27/2021*

*Amendment Type*
System Amendment - SI Delinquency for the year of 0

*Control ID*
LBA8568377

*Date*
10/27/2021

**Statement of Information** - *10/12/2020*

*Amendment Type*
Statement of Information

*Control ID*
LBA8568379

*Date*
10/12/2020

*Image Download*
Download

| Field Name | Changed From | Changed To |
|---|---|---|
| Legacy Comment | Legacy number: GK17743 | |

**Initial Filing** - *8/4/2020*

*Amendment Type*
Initial Filing

*Control ID*
4623384

*Date*
8/4/2020

*Image Download*
Download

4623384

CH

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

AUG - 4 2020 AY

Icc

ARTICLES OF INCORPORATION

OF

UNIFYY.

I.

The name of this corporation is UNIFYY.

II.

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

III.

The name and address in the State of California of this corporation's initial agent for service of process is Viktor Vyushin, 22809 Pacific Coast Highway, Malibu, California 90265.

IV.

The initial street address and mailing address of this corporation are: 22809 Pacific Coast Highway, Malibu, California 90265.

V.

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is One Million (1,000,000).

VI.

The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

VII.

This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to the corporation and its stockholders through bylaws provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

Dated: August 3, 2020

VIKTOR VYUSHIN

**California Secretary of State**
Electronic Filing

FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | UNIFYY. |
| Entity (File) Number: | C4623384 |
| File Date: | 10/12/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GK17743 |

**Detailed Filing Information**

1. Entity Name: UNIFYY.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      21900 Burbank Blvd., 3rd Floor
      Woodland Hills, California 91367
      United States of America

   b. Mailing Address:
      21900 Burbank Blvd., 3rd Floor
      Woodland Hills, California 91367
      United States of America

   c. Street Address of Principal Executive Office:
      21900 Burbank Blvd., 3rd Floor
      Woodland Hills, California 91367
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Ryan Blackman
      21900 Burbank Blvd., 3rd Floor
      Woodland Hills, California 91367
      United States of America

   b. Secretary:
      Ryan Blackman
      21900 Burbank Blvd., 3rd Floor
      Woodland Hills, California 91367
      United States of America

Document ID: GK17743

# California Secretary of State
## Electronic Filing

Officers (cont'd):

c. Chief Financial Officer:

Ryan Blackman
21900 Burbank Blvd., 3rd Floor
Woodland Hills, California 91367
United States of America

4. Director:

Ryan Blackman
21900 Burbank Blvd., 3rd Floor
Woodland Hills, California 91367
United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

Viktor Vyushin
21900 Burbank Blvd., 3rd Floor
Woodland Hills, California 91367
United States of America

6. Type of Business: Software

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Neil Carrey



Document ID: GK17743

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

**DISS STK**

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Dissolution - Stock

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

FILED
Secretary of State
State of California
D1672677
Filing Number
11/03/2021
Filing Date

**This Space For Office Use Only**

| 1. **Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.) | 2. **7-Digit Secretary of State Entity Number** |
|---|---|
| UNIFYY | 4623384 |

**3. Election**

☑ The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

**Note**: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – **ALL** must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (**See Instructions for signature requirements.**)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date | Signature | Type or Print Name |
|---|---|---|
| 11/03/2021 | [signature] | Ryan Blackman |
| | | |
| | | |



Clear Form Print Form

2020 California Secretary of State
bizfile.sos.ca.gov

**Termination** - *5/13/2015*

*Amendment Type*
Termination

*Control ID*
LBA37060063

*Date*
5/13/2015

*Effective After*
5/13/2015

*Image Download*
Download

**Legacy Conversion** - *7/22/2013*

*Amendment Type*
Legacy Conversion

*Control ID*
LBA37060062

*Date*
7/22/2013

*Effective After*
7/22/2013

| Field Name | Changed From | Changed To |
| --- | --- | --- |
| Legacy Comment | CONVERTING FROM GENERAL PARTNERSHIP CA | |

**Initial Filing** - *7/22/2013*

*Amendment Type*
Initial Filing

*Control ID*
201320600008

*Date*
7/22/2013

*Image Download*
Download

201320600008

LP-1A

File #

# State of California
## Secretary of State

FILED
Secretary of State
State of California
JUL 2 2 2013

This Space For Filing Use Only

## Certificate of Limited Partnership - Conversion

**Important — Read all instructions before completing this form.**

**Converted Entity Information**

1. Name of Limited Partnership (End the name with the words "Limited Partnership" or the abbreviation "LP" or "L.P.")

REGEAR L.P.

2. Names and Address of All General Partners (Attach additional pages, if necessary.)

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| VIKTOR VUYSHIN | 1034 COLORADO AVE #C | PALO ALTO | CA | 94303 |
| ANTON BOYKOV | P.O. BOX 640 | ALVISO | CA | 95002 |

3a. Initial Street Address of Designated Office in CA — City — State — Zip Code

1036 COLORDO AVE #2J — PALO ALTO — CA — 94303

3b. Initial Mailing Address of Limited Partnership, if different from Item 3a — City — State — Zip Code

4. Name of Initial Agent for Service of Process (If the initial agent is an individual, the agent must reside in California and both Items 4 and 5 must be completed. If the initial agent is a corporation, the agent must have on a certificate pursuant to California Corporations Code section 1505 on file and Item 4 must be completed (leave Item 5 blank).)

VIKTOR VUYSHIN

5. **If an individual,** Street Address of Initial Agent for Service of Process in CA — City — State — Zip Code

1034 COLORADO AVE #C — PALO ALTO — CA — 94303

**Converting Entity Information**

6. Name of Converting Entity

REGEAR

| 7. Form of Entity | 8. Jurisdiction | 9. CA Secretary of State File Number, if any |
|---|---|---|
| GENERAL PARTNERSHIP | CALIFORNIA | N/A |

10. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required. If a vote was required, provide the following for each class:

The class and number of outstanding interests entitled to vote. **AND** The percentage vote required of each class.

**Additional Information**

11. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made a part of this certificate.

12. I certify under penalty of perjury that the contents of this document are true. I declare I am the person who executed this intrument, which execution is my act and deed.

[signature] — VIKTOR VUYSHIN, GENERAL PARTNER
Signature of Authorized Person — Type or Print Name and Title of Authorized Person

[signature] — ANTON BOYKOV, GENERAL PARTNER
Signature of Authorized Person — Type or Print Name and Title of Authorized Person

LP-4/7

# State of California
## Secretary of State

## Limited Partnership Certificate of Cancellation

There is no fee for filing a Certificate of Cancellation.

**IMPORTANT – Read instructions before completing this form.**

FILED 04
Secretary of State
State of California
MAY 13 2015 JMC

This Space For Filing Use Only

| **File Number** | **Entity Name** (Enter the exact name of the limited partnership.) |
|---|---|
| 1. *CA Secretary of State File Number*<br>201320600008 | 2. *Name of Limited Partnership*<br>REGEAR L.P. |

**Date of Formation** (California limited partnerships ONLY: Enter the date the initial Certificate of Limited Partnership was filed with the California Secretary of State.)

3. The initial certificate of limited partnership was filed on 09 (Month) - 24 (Day) - 2012 (Year).

**Additional Information** (Enter any other information the partners filing this Certificate of Cancellation determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 4 blank and proceed to Item 5.)

4.

**Statement of Cancellation**

5. (a) The above-named California limited partnership has completed winding up its affairs and is cancelled; or

(b) The Certificate of Registration to Transact Business in California of the above-named foreign limited partnership is cancelled.

**Execution** (California limited partnerships: This certificate must be signed by all of the general partners unless otherwise provided by law. Registered foreign limited partnerships: This certificate must be signed by at least one general partner of the foreign limited partnership. If additional signature space is necessary, the signatures may be made on an attachment to this certificate.)

6. I declare I am the person who executed this instrument, which execution is my act and deed. By signing this document I affirm under penalty of perjury that the stated facts are true.

| | |
|---|---|
| [signature]<br>Signature of General Partner | VIKTOR VUYSHIN<br>Type or Print Name of General Partner |
| [signature]<br>Signature of General Partner | ANTON BOYKOV<br>Type or Print Name of General Partner |
| Signature of General Partner | Type or Print Name of General Partner |

**Termination** - *12/30/2016*

*Amendment Type*
Termination

*Control ID*
LBA38148114

*Date*
12/30/2016

*Effective After*
12/30/2016

*Image Download*
Download

**Statement of Information** - *8/7/2015*

*Amendment Type*
Statement of Information

*Control ID*
LBA38148115

*Date*
8/7/2015

*Image Download*
Download

**Initial Filing** - *10/18/2013*

*Amendment Type*
Initial Filing

*Control ID*
201329510118

*Date*
10/18/2013

*Image Download*
Download

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 5402284 | Incorporation Date / Formation Date: | 9/20/2013 (mm/dd/yyyy) |
| Entity Name: | HIPPIE BLING, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | DELAWARE BUSINESS INCORPORATORS, INC. | | |
| Address: | 3422 OLD CAPITOL TRL STE 700 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-996-5819 | | |

| LLC-5 | Application to Register a Foreign Limited Liability Company (LLC) |
|---|---|

201329510118

FILED
Secretary of State
State of California
OCT 18 2013

LK / 6la

1 PC

This Space For Office Use Only

To register an LLC from another state or country in California, fill out this form, and submit for filing along with:

- A **$70** filing fee, and
- A certificate of good standing, issued within the last six (6) months by the agency where the LLC was formed.
- A separate, non-refundable **$15** service fee also must be included, if you drop off the completed form.

***Important!*** LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs cannot provide *professional* services in California.

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm*

**Name to be used for this LLC in California**

① Hippie Bling, LLC
*Proposed LLC Name*

The name **must** end with: "LLC," "L.L.C.," "Limited Liability Company," "Limited Liability Co.," "Ltd. Liability Co." or "Ltd. Liability Company;" and **may not** include: "bank," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp.," "insurer," or "insurance company."

**LLC History**

② a. If the proposed LLC name you listed above is different than the LLC name you use **now** (as listed on your certificate of good standing), list the complete LLC name used now:

b. Date your LLC was formed *(MM, DD, YYYY)*: 09/20/2013

c. State or country where your LLC was formed: Delaware

d. Your LLC currently has powers and privileges to conduct business in the state or country listed above.

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. **Do not** list an address if the agent is a 1505 corporation.)

③ a. Viktor Vyushin
*Agent's Name*

b. 1368 Grand Blvd. | Alviso | CA | 95002
*Agent's Street Address (if agent is **not** a corporation)* | *City (no abbreviations)* | *State* | *Zip*

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

**LLC Addresses**

④ a. 244 Biscayne Blvd., Unit 303 | Miami | FL | 33132
*Street Address of Principal Executive Office* | *City (no abbreviations)* | *State* | *Zip*

b. CA
*Street Address of Principal Office in California, if any* | *City (no abbreviations)* | *State* | *Zip*

c.
*Mailing Address of Principal Executive Office, if different from 4a or 4b* | *City (no abbreviations)* | *State* | *Zip*

**Read and sign below:**

I am authorized to sign this document under the laws of the state or country where this LLC was formed.

▶ [signature] | Viktor Vyushin | Member-Manager
*Sign here* | *Print your name here* | *Your business title*

| Make check/money order payable to: **Secretary of State** | ***By Mail*** | ***Drop-Off*** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |



2013 California Secretary of State
www.sos.ca.gov/business/be

# Delaware

PAGE 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HIPPIE BLING, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTIETH DAY OF SEPTEMBER, A.D. 2013.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "HIPPIE BLING, LLC" WAS FORMED ON THE TWENTIETH DAY OF SEPTEMBER, A.D. 2013.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

5402284 8300

131143192

You may verify this certificate online at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0775932

DATE: 09-30-13

20132951011 8

# State of California
## Secretary of State

L

10

**STATEMENT OF INFORMATION**
**(Limited Liability Company)**
**Filing Fee $20.00. If this is an amendment, see instructions.**
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
Secretary of State
State of California
AUG 07 2015

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME
HIPPIE BLING, LLC

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER 201329510118

3. STATE OR PLACE OF ORGANIZATION (If formed outside of California) DELAWARE

**No Change Statement**

4. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 15**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE<br>5407 COLFAX AVE #226 | NORTH HOLLYWOOD | CA | 91601 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | | CA | |

**Name and Complete Address of the Chief Executive Officer, If Any**

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. | | | | |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. VIKTOR VYUSHIN | 5407 COLFAX AVE #226 | NORTH HOLLYWOOD | CA | 91601 |
| 10. JESSICA MOTES | 5407 COLFAX AVE #226 | NORTH HOLLYWOOD | CA | 91601 |
| 11. | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS
VIKTOR VYUSHIN

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5407 COLFAX AVE #226 | NORTH HOLLYWOOD | CA | 91601 |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
Internet-based retail: apparel and accessories.

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 08/03/2015 | VIKTOR VYUSHIN | MANAGER | [signature] |

LLC-12 (REV 01/2014) APPROVED BY SECRETARY OF STATE

**Secretary of State**
**Certificate of Cancellation**
**Limited Liability Company (LLC)**

**LLC-4/7**

FILED TJB
Secretary of State
State of California
DEC 3 0 2016

**IMPORTANT — Read Instructions before completing this form.**

There is **no Fee** for filing a Certificate of Cancellation

Copy Fees - First page $1.00 & .50 for each attachment page
Certification Fee - $5.00

**This Space For Office Use Only**

| 1. **Limited Liability Company Name** (Enter the exact name of the LLC as it is recorded with the Secretary of State) | 2. **12-Digit Secretary of State File Number** |
|---|---|
| HIPPIE BLING, LLC | 201329510118 |

3. **Dissolution** (California LLCs ONLY: Check the box if the vote to dissolve was made by the vote of **ALL** the members.)

☑ The dissolution was made by a vote of **ALL** of the members of the California Limited Liability Company.

**Note**: If the above box is not checked, a **Certificate of Dissolution** (Form LLC-3) must be filed prior to or together with this Certificate of Cancellation. (California Corporations Code section 17707.08(a).)

4. **Tax Liability Statement** (Do not alter Tax Liability Statement)

All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

5. **Cancellation Statement** (Do not alter Cancellation Statement)

Upon the effective date of this Certificate of Cancellation, the Limited Liability Company's registration is cancelled and its powers, rights and privileges will cease in California.

6. **Read and Sign Below (See Instructions for Signature Requirements)**

By signing this document, I certify that the information is true and that I am authorized by California law to sign.

| | |
|---|---|
| [signature] Signature | VIKTOR VYUSHIN Type or Print Name |
| Signature | Type or Print Name |
| Signature | Type or Print Name |



2016 California Secretary of State
www.sos.ca.gov/business/be