EXHIBIT 10

Screenshots of the public LinkedIn profile of Christopher Cowan, captured September 27, 2026:
(1) profile header, showing his headline, employer, location, connection count, and mutual connection; and
(2) Experience and Education sections.

I'm looking for...

Home | My Network | Jobs | Messaging | Notifications | Me | For Business | Advertise




## Christopher Cowan · 2nd

FountainheadME Amazon & eCommerce Management

CEO at FountainheadME | Boosting Amazon Sales with High-Impact Content | Expert in Amazon Product Pages, Storefronts, SEO & Creative Optimization for eCommerce Brands

Forest, Virginia, United States · Contact info

500+ connections

Viktor is a mutual connection

Connect | Message | More

## Highlights

**Get introduced to Christopher**
Ask your mutual connections to help you start a conversation.

Message top connections

## About

Selling products online should feel exciting, not exhausting. Yet for most brand owners, it's the opposite.

Promoted
Succeed in Superior, AZ
Small town. Big opportunities.
Superior is idea friendly, resilient and vibrant. Learn more!
Follow

## More profiles for you

Camar Clunis · 3rd
E-Commerce Growth Strategist | Scaling Brands Across Amazon, ...
Message

Jeffrey Schaffer · 2nd
Chief Revenue Officer at EHVA.ai
Connect

Gabriel Osborne · 3rd+
Owner Of GoLo Properties LLC
Message

Nate Johnson · 3rd
Amazon & Marketplace Growth Leader | P&L Ownership, ...
Message

Ryan Daniel · 2nd
Architect/Founder - EHVA.ai

Messaging

I'm looking for...
Home My Network Jobs Messaging Notifications Me For Business Advertise

Christopher Cowan
CEO at FountainheadME | Boosting Amazon Sales with High-Impact Content | Expert in Amazon Product Pages, Storefronts, SEO & Creative ...

More Message Connect

Show all →

## Experience

**FountainheadME Amazon & eCommerce Management**
5 yrs 8 mos

**Chief Executive Officer**
Full-time
Mar 2024 - Present · 2 yrs 7 mos
At Fountainhead Marketing Engineers, we help eCommerce brands sell smarter and scale faster. If you're selling on Amazon, Shopify, or Google, you already know how complex online growth has... more

**Agency Director**
Feb 2021 - Mar 2024 · 3 yrs 2 mos

**General Partner**
Golden Tail Candle Co. · Self-employed
Jun 2018 - Present · 8 yrs 4 mos
West Chester, Pennsylvania, United States
Marketing, Sales and +2 skills

**Contributor**
Seeking Alpha
Sep 2012 - Jun 2013 · 10 mos

## Education

**Ashworth College**
Associate's degree, Computer and Information Systems Security/Information Assurance
2017 – 2018

People you may know
From Christopher's job title

Jacob Spunt · 3rd
Founder of Boston Broadband
Connect

Cyberonic Internet · 3rd
CEO at CYBERONIC INTERNET COMMUNICATIONS, INC.
Connect

Toufic Mobarak · 3rd
President - Mobilesphere
Connect

Alex Filippov · 3rd
CEO, Belmont Telecom, Inc
Connect

Justin Koca · 2nd
CEO & Founder at Publishing Profits, LLC
Connect

Show all →

You might like
Pages for you

FIRST Chesapeake
Non-profit Organizations
747 followers

Messaging