**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JOSHUA ANDERS,<br><br>*Plaintiff,*<br><br>v.<br><br>FME EMPLOYMENT LLC, a Wyoming limited liability company;<br>RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL, individually; and<br>VIKTOR VYUSHIN, individually,<br><br>*Defendants.* | **Civil Action No. 2:26-cv-00136-KHR** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS**

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to Effect Service of Process Pursuant to Fed. R. Civ. P. 4(m) and the supporting Declaration of Joshua Anders. The Court, having reviewed the Motion and the record herein, and being fully advised in the premises, FINDS that Plaintiff has shown good cause under Fed. R. Civ. P. 4(m) for the failure to effect service of process on Defendants Viktor Vyushin and Ryan Daniel Blackman a/k/a Ryan

Daniel within ninety days of the filing of the Complaint or, alternatively, that a permissive extension is warranted in the exercise of the Court's discretion under Rule 4(m), and that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to Effect Service of Process Pursuant to Fed. R. Civ. P. 4(m) is GRANTED.

IT IS FURTHER ORDERED that the time within which Plaintiff may effect service of process upon Defendants Viktor Vyushin and Ryan Daniel Blackman a/k/a Ryan Daniel is extended through and including January 15, 2027.

IT IS FURTHER ORDERED that Plaintiff shall file any renewed motion for leave to effect alternative service of process upon Defendant Viktor Vyushin, and any motion addressed to service of process upon Defendant Ryan Daniel Blackman a/k/a Ryan Daniel, within twenty-one (21) days of the date of this Order or seven (7) days after the expiration of the period for return of a waiver of service under Fed. R. Civ. P. 4(d)(1)(F), whichever is later.

Dated this ______ day of ______________, 2026.

______________________________________
United States Magistrate Judge