FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
8:25 am, 10/5/26
Margaret Botkins
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JOSHUA ANDERS,<br>Plaintiff,<br>v.<br>FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually,<br>Defendants. | Civil Action No. 2:26-cv-00136-KHR |

**PLAINTIFF'S NOTICE OF MAILING OF REQUESTS TO WAIVE SERVICE OF A SUMMONS PURSUANT TO FED. R. CIV. P. 4(d)**

Plaintiff Joshua Anders, appearing pro se, respectfully submits this Notice, as he undertook to do in paragraph 16 of his Declaration in support of his pending Motion for Extension of Time to Effect Service of Process [ECF No. 17-1] (the "Declaration"), to state the date on which he sent each individual Defendant a request to waive service of a summons, so that the period prescribed by Fed. R. Civ. P. 4(d)(1)(F) can be computed from the record, and to report the related steps described in paragraphs 12 and 16 of the Declaration, as follows:

1. On Saturday, October 3, 2026, Plaintiff sent to each of Defendants Viktor Vyushin and Ryan Daniel Blackman a/k/a Ryan Daniel a Notice of a Lawsuit and Request to Waive Service of a Summons on form AO 398, two copies of the Waiver of the Service of Summons on form AO 399, a copy of the Complaint with its Exhibits A through G as filed [ECF No. 1], a short cover letter, and, with each mailed copy, a stamped envelope addressed to Plaintiff for returning one signed copy of the waiver. Each request is dated October 3, 2026, states that it was sent on that date, and allows thirty days from that date to return the signed waiver. Both Defendants were sent the request at addresses within

judicial districts of the United States, so the thirty-day period of Rule 4(d)(1)(F) applies. That period runs through November 2, 2026.

2. Plaintiff sent the request by United States Postal Service Certified Mail to each of the following addresses, which are the addresses identified in paragraph 16 of the Declaration, with the article number of each mailing:

| Defendant | Address | USPS Certified Mail No. |
|---|---|---|
| Vyushin | 310 Grant Avenue, Palo Alto, California 94306 (Decl. ¶ 8) | 9589 0710 5270 2715 1078 04 |
| Vyushin | 1100 Broadway, Santa Monica, California 90401 (Decl. ¶ 13(b)) | 9589 0710 5270 2715 1078 11 |
| Vyushin | 22809 Pacific Coast Highway, Malibu, California 90265 (Decl. ¶ 13(f)) | 9589 0710 5270 2644 8198 54 |
| Vyushin | 21900 Burbank Boulevard, 3rd Floor, Woodland Hills, California 91367 (Decl. ¶ 13(f)) | 9589 0710 5270 2715 1078 42 |
| Vyushin | c/o White Cardinal LLC, 1309 Coffeen Avenue, Suite 1200, Sheridan, Wyoming 82801 (Decl. ¶ 13(c)) | 9589 0710 5270 2715 1078 35 |
| Vyushin | c/o White Cardinal LLC, c/o Company Sage Agents LLC, 1095 Sugarview Drive, Suite 100, Sheridan, Wyoming 82801 (Decl. ¶ 13(c)) | 9589 0710 5270 2715 1078 28 |
| Blackman | 11 Golf View Drive, Dorado, Puerto Rico 00646 (Decl. ¶¶ 6, 9) | 9589 0710 5270 2715 1077 43 |
| Blackman | 1100 Broadway, Santa Monica, California 90401 (Decl. ¶ 13(b)) | 9589 0710 5270 2715 1077 50 |
| Blackman | 425 Carr 693, Ste 1-348, Dorado, Puerto Rico 00646 (Decl. ¶ 13(a)) | 9589 0710 5270 2715 1077 67 |
| Blackman | 34 N Franklin Ave, Ste 687-1845, Pinedale, Wyoming 82941 (Decl. ¶ 13(a)) | 9589 0710 5270 2715 1077 74 |
| Blackman | c/o White Cardinal LLC, 1309 Coffeen Avenue, Suite 1200, Sheridan, Wyoming 82801 (Decl. ¶ 13(c)) | 9589 0710 5270 2715 1077 81 |
| Blackman | c/o White Cardinal LLC, c/o Company Sage Agents LLC, 1095 Sugarview Drive, Suite 100, Sheridan, Wyoming 82801 (Decl. ¶ 13(c)) | 9589 0710 5270 2715 1077 98 |

3. Plaintiff sent the same documents by email, in a separate message to each address, between 8:24 and 8:32 p.m. Central Time on October 3, 2026, with a read receipt requested: to Defendant Vyushin at viktor@fountainheadme.com, viktor@avlanpr.com, and viktor@ehva.ai (Decl. ¶¶ 13(c), 13(d), 16); and to Defendant Blackman at ryan.blackman@gmail.com and ryan@fountainheadme.com (Decl. ¶ 16), and also at ryan@ehva.ai and ryan@inboundcd.com, two further addresses associated with Defendant Blackman that Plaintiff's continuing investigation has identified since the Declaration was executed and that Plaintiff will describe in his motion addressed to service on Defendant Blackman. The receiving mail server for each of the five domains, each of which is hosted by Google, accepted each message for delivery, and none of the seven messages was returned to Plaintiff as undeliverable. The message to ryan@inboundcd.com was accepted by that domain's mail server; the receiving account then automatically forwarded it to a second address at the same domain, zac@inboundcd.com, and the forwarded copy was rejected by a policy of that domain. Plaintiff received no other error or rejection and has retained the delivery report for each message.

4. Within one minute after the message to viktor@fountainheadme.com was delivered, Plaintiff received an automated reply from "Viktor Vyushin" <viktor@fountainheadme.com>, bearing a DKIM signature for the fountainheadme.com domain that Plaintiff's mail server verified, which states in full: "Hello, This mailbox (viktor@fountainheadme.com) is no longer being monitored. For all future correspondence, please reach out to: viktor@avlanpr.com. Thank you, Viktor." A true and correct copy of that message, with its complete transmission headers, is attached as

Exhibit 1. The Court's Order of June 10, 2026 expressed doubt that Vyushin would continue to monitor an email address at the fountainheadme.com domain. ECF No. 15 at 5. The automated reply indicates that the mailbox remains active under Vyushin's control, that he has configured it to direct correspondents to viktor@avlanpr.com, and that viktor@avlanpr.com is the address at which he currently receives correspondence. Plaintiff's request to waive service sent to viktor@avlanpr.com was accepted by that domain's mail server without any error or return.

5. On Monday, October 5, 2026, at 7:47 a.m. Central Time, Plaintiff received an email from "Ryan Blackman" <ryan.blackman@gmail.com>, bearing a DKIM signature for the gmail.com domain that Plaintiff's mail server verified. It was a reply to a separate notice that Plaintiff had emailed to that address on October 4, 2026, directed to Defendant FME Employment LLC to the attention of Defendant Blackman as its owner under Section 7 of the Employment Agreement (ECF No. 1-1), concerning a subpoena for Plaintiff's deposition testimony as a non-party witness in *Starling v. Allstate Insurance Co.*, No. 1:25-cv-04000 (N.D. Ill.). Defendant Blackman addressed the reply to Plaintiff and to "Viktor Vyushin" <viktor@avlanpr.com>, and it states in full: "Hello Josh, I am very surprised by this. I will have Viktor research the payment history, and then we can speak today. What times work for you?" A true and correct copy of that message, with its complete transmission headers, is attached as Exhibit 2. Plaintiff reports it because it bears on paragraphs 3 and 4 above and on paragraphs 10 through 12 of the Declaration. The message indicates that Defendant Blackman receives and reads mail sent to ryan.blackman@gmail.com, one of the addresses to which the request to waive service was sent on October 3 and the address he gave the Puerto Rico Department of State for

AVLAN PR LLC (Decl. ¶¶ 11, 16); that he himself directs correspondence to Defendant Vyushin at viktor@avlanpr.com, the address Vyushin's automated reply designates; and that Defendant Vyushin is presently working with or for Defendant Blackman, the only officer of record of the company that the Court's Order of June 10, 2026 identified as Vyushin's current employer. ECF No. 15 at 6; Decl. ¶¶ 10–12. Plaintiff has replied in writing to Defendant Blackman, with Defendant Vyushin copied at viktor@avlanpr.com, asking each of them to sign and return the waiver sent to him on October 3 or to identify an address at which he will accept service, and asking Defendant Blackman whether counsel represents him or FME Employment LLC in this action. Plaintiff will report any response.

6. As stated in paragraphs 12 and 16 of the Declaration, Plaintiff also wrote on October 3, 2026 to Christopher Cowan, by email to chriscowan@fountianheadme.com, the address printed in the Employment Agreement (ECF No. 1-1 at 8), and to chriscowan@fountainheadme.com, and by LinkedIn message, asking for an address at which each Defendant will accept service and enclosing copies of the waiver requests. The message to the address printed in the Employment Agreement was returned as undeliverable because no domain named fountianheadme.com exists ("Host or domain name not found"). The message to chriscowan@fountainheadme.com was accepted by that domain's mail server. Plaintiff had received no response from Mr. Cowan as of the date of this Notice and will report any response he receives.

7. Plaintiff will promptly file any waiver that is returned. He will report the delivery, return, or non-delivery of each mailing listed above, and any response to the requests, in the renewed motion for alternative service on Defendant Vyushin and the separate motion

addressed to service on Defendant Blackman, which he will file within twenty-one days after the Court rules on the pending Motion or by November 9, 2026, whichever is later, as stated in the Declaration. Decl. ¶ 16.

8. Plaintiff submits this Notice to place the date and manner of the requests on the record and does not by this Notice seek any relief from the Court.

Plaintiff declares under penalty of perjury under 28 U.S.C. § 1746 that the factual statements in this Notice are true and correct.

Dated: October 5, 2026

**JOSHUA ANDERS**
*Plaintiff, Pro Se*
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, a true and correct copy of the foregoing Notice, with Exhibits 1 and 2, was filed with the Clerk of Court via electronic mail to wydnewcase@wyd.uscourts.gov. Defendant FME Employment LLC is in default and has not appeared in this action and has no counsel of record; accordingly, no service upon FME is required pursuant to Fed. R. Civ. P. 5(a)(2). Defendants Ryan Daniel Blackman a/k/a Ryan Daniel and Viktor Vyushin have not appeared and have not been served, and therefore are not entitled to service of this filing at this time.

**JOSHUA ANDERS**
*Plaintiff, Pro Se*