EXHIBIT 1

Automated reply received by Plaintiff on October 3, 2026 at 8:24 p.m. Central Time from "Viktor Vyushin" <viktor@fountainheadme.com>, in response to Plaintiff's Request to Waive Service of a Summons sent to that address the same evening. Reproduced in full with its complete transmission headers, as received by Plaintiff's mail server. Long header lines are wrapped for printing; no content has been altered or omitted.

------------------------------------------------------------------------------

```
Return-Path: <viktor@fountainheadme.com>
Delivered-To: qweruiposadf@cybiko123.com
Received: from localhost (localhost [127.0.0.1])
    by mail.jevincanders.net (Postfix) with ESMTP id B71085EC6F
    for <qweruiposadf@cybiko123.com>; Sun,  4 Oct 2026 01:24:44 +0000 (UTC)
X-Virus-Scanned: Debian amavis at mail.jevincanders.net
X-Spam-Flag: NO
X-Spam-Score: -2.2
X-Spam-Level:
X-Spam-Status: No, score=-2.2 tagged_above=-9000 required=5
 tests=[ARC_SIGNED=0.001, ARC_VALID=-0.1, BAYES_00=-1.9, DKIM_SIGNED=0.1,
 DKIM_VALID=-0.1, DKIM_VALID_AU=-0.1, DKIM_VALID_EF=-0.1, DMARC_PASS=-0.001,
 RCVD_IN_DNSWL_NONE=-0.0001, SPF_HELO_NONE=0.001, SPF_PASS=-0.001]
 autolearn=ham autolearn_force=no
Received: from mail.jevincanders.net ([127.0.0.1])
 by localhost (mail.jevincanders.net [127.0.0.1]) (amavis, port 10024)
 with ESMTP id h1gHZdMur_CZ for <qweruiposadf@cybiko123.com>;
 Sun,  4 Oct 2026 01:24:44 +0000 (UTC)
Authentication-Results: mail.jevincanders.net;
    dkim=pass (2048-bit key; unprotected) header.d=fountainheadme.com
        header.i=@fountainheadme.com header.a=rsa-sha256 header.s=google
        header.b=iQDJNtaa;
    dkim-atps=neutral
Received: from mail-ed2-x0f.google.com (mail-ed2-x0f.google.com
        [IPv6:2a00:1450:4864:33::f])
    (using TLSv1.3 with cipher TLS_AES_128_GCM_SHA256 (128/128 bits)
     key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest
        SHA256)
    (No client certificate requested)
    by mail.jevincanders.net (Postfix) with ESMTPS id D6E565EC28
    for <legal@joshanders.com>; Sun,  4 Oct 2026 01:24:43 +0000 (UTC)
Received: by mail-ed2-x0f.google.com with SMTP id
        4fb4d7f45d1cf-6aaf10bf094so837135a12.2
        for <legal@joshanders.com>; Sat, 03 Oct 2026 18:24:43 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1791077082; cv=none;
        d=google.com; s=arc-20260327;
        b=l58j26+HzirhwtoJBE1su9B+7h72MkVH8jr0VCdZk1vm7HnK7AmB20Amzziuj1oUfl
         AP0ger5u7wFAjXjrQDoqVAziRLv1VKtf+wxdZJXMbrJ3fuL+Kl+M4g3AeJEUT35SmT3P
         g4QZK5vWsqlbqtAlcf9N9HRRzLI1r8JURYzseSllijLYzQ/Rt/00WsjhYbnOYbZIPaNU
         u8dEkpY7PsOOVj+CRPZN4v0rgg3JEn/IEnkMfjga0wIWNOkzfkw7sCe+sIR38LNhQpDH
         0PFv4i/7cQzwdd19Jk69tJGzB8F5lZUusLUSfN/NSW8rhZpYek8AmNvIedKjyTs/yRDm
         ul9g==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com;
        s=arc-20260327;
        h=auto-submitted:precedence:content-disposition
         :content-transfer-encoding:mime-version:subject:message-id:date:from
         :to:dkim-signature;
        bh=xi8GnYBD9JLg1ym4EHTnd2E4dElQ7E3qgtnh3Hpu6iQ=;
```

```
        fh=oUFqsIS6FyJl1xP18CZVYwpXky9McAlZMAHrheCYGKU=;
        b=CuuTfPwJnLsCQLQnuLe3PCZHzZBY1T0MhkXcllKE2Zpp389qfnVKamoVQy2vVTQljV
         PR+snXcGvHeQhqTdtJM+EJgKE1u4j9NbKjWXwATqdAnST7Cs9BM6ErZHYVJwgAqtVDAm
         HVPV7CAzkVI9ynE0OxYHMOHQ0k0+dFf6dcLzwOI9ikGl3CZW0krCyLZsYHFLJjI8a5rW
         teBrui0/GY5qQkRMgKj9EDl+WmgxooavT8wKvGZxG3uyiYvceiCMKCTZ3Z854pK0bv6Z
         nPtw4ox0La6hDrGuBNC6di3jya3W0/4OlvIszrUKPLAtflmFi0Qxo9WCce2psB3WT8GJ
         Yt9A==;
        darn=joshanders.com
ARC-Authentication-Results: i=1; mx.google.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=fountainheadme.com; s=google; t=1791077081; x=1791681881;
        darn=joshanders.com;
        h=auto-submitted:precedence:content-disposition
         :content-transfer-encoding:content-type:mime-version:subject
         :message-id:date:from:to:from:to:cc:subject:date:message-id:reply-to
         :content-type;
        bh=xi8GnYBD9JLg1ym4EHTnd2E4dElQ7E3qgtnh3Hpu6iQ=;
        b=iQDJNtaakYCHx5zng7UtlDt8gPZxuTkrU+Q+a2yBLqESSEv36JFUU9Qn1ZI0GYTVSJ
         Sk+mu3RMQZ3wbQHKj7CMOYgy0Hrh3gsRFwG1P7yKrhu7azI8zKJQbIHg53IXt8fZFKAm
         MJBwh/+uCriHGgAzXgjcS2MeM1ISfAZcVpLo4AlRa1rDgMgHMAVSaqA66cUz/Yd6pr7T
         PEBVl4QVF7QffA/um0DfxiKQieN6Imv1ZAuXt7mR9wvqpj9JK63KhMMkdIcwkNTJChtO
         8xWsZDegKZgexl+J9qXCkqxfNeIL7eNHHWD0j2cZO7nmt0L+o5+tpRrWPQqQycUVEmuR
         yqQg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20260707; t=1791077081; x=1791681881;
        h=auto-submitted:precedence:content-disposition
         :content-transfer-encoding:content-type:mime-version:subject
         :message-id:date:from:to:x-gm-gg:x-gm-message-state:from:to:cc
         :subject:date:message-id:reply-to:content-type;
        bh=xi8GnYBD9JLg1ym4EHTnd2E4dElQ7E3qgtnh3Hpu6iQ=;
        b=xR2HEVnnBYPf+M/15JAscs0MFtkUg5VuASlTo8Gsf7e+ziH4a4IthtqStwI8+HrfDN
         FA9ra03k/moHPeiFIqpgDAbRKUXGGh5a8iRBoFUSbalNMKtKDb/QH0b2zbifmCTtj0lP
         6rjaHGj/nGFoUEGYY4Zs1b82Sl7X1igc8w3d9iJ+xFJFbUG56D+OvWn6CSdoWmQg2vSA
         s8imxIIHLqzWFa53dE6AAmcLd3NpStrjSsjC32420xdkkIihQ5WfrfPX2GDxV7E5uy1r
         rezUXVqzxlbWd46VRl1AxLloRdWWX/ibbr11A1B1DzEc7kq7mpPNGeOc0zpJ49W33HvH
         ZBmA==
X-Gm-Message-State: AFq9FYIejOMR6L5DVCq1Nj4Am+2GPiCfSTP6Gg+dhWraCCQC2snbtZzp
5g5jdmxK0+OpHnSplAcvr5dl83lYvff3B53SY8ecpj7L8LCMwCZ0QU+7WwSW5VLgBaSP+9K+2d3
ARjqGZsBDJxBiNdJ7yp8AcVU0zVHgkuDXljXqHdh6bRYN5QNqatpL0HnZ4QLhb32G569/Y4afVm
    0o7j8WQWyBvRxUUA+udCdJbleJtTdj1Q==
X-Gm-Gg: AYBFou0QlFW16GE2FY+4oxgeF6bzRBezVHkU7xGZeMmnGHy09S+0nCffG0OwkzFKkOT
LY9LvF2ClZQjTzXDXaF+VE4gQTz4kKdsSOV9jsP9JSb2ffFM6UwQ5PFvfVReVeCO7S4dPwnyqc9
2TvCnmq9ASj5mYMuzIa8aCrylhZ+0BTX/bHSUfSUUcpgp1Aj4USPm4+w2rsXTg4ip91ptBiOJJt
RF2ORgFpcQTScAceartT6O0ej4y/fRZyswfJA4j1lpLtWAtA7bkrCjdk9DMba3Y9mwRXQW35Ilr
    6uoq/Fo+8Gdp6DzVr1h+gAgWehdl6wDBWdJKwQ==
X-Received: by 2002:a17:907:5c7:b0:c29:f5d5:5a9c with SMTP id
        a640c23a62f3a-c2e4b241d7fmr519941066b.38.1791077081655;
        Sat, 03 Oct 2026 18:24:41 -0700 (PDT)
```


```
To: legal@joshanders.com
From: "Viktor Vyushin" <viktor@fountainheadme.com>
Date: Sat, 3 Oct 2026 18:24:41 -0700
Message-ID:
        <CAJW=c2pEsjmGd9D1OULhg7H6nY+V5kfFvpwx9NXKUX=Egbt4PA@mail.gmail.com>
Subject: IMPORTANT: Email Address Update Re: Anders v. FME Employment LLC, No.
        2:26-cv-00136-KHR (D. Wyo.) - Request to Waive Service of a Summons
MIME-Version: 1.0
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 7bit
Content-Disposition: inline
```

Precedence: bulk
X-Autoreply: yes
Auto-Submitted: auto-replied

Hello,

This mailbox (viktor@fountainheadme.com) is no longer being monitored.

For all future correspondence, please reach out to: viktor@avlanpr.com

Thank you,
Viktor