EXHIBIT 2

Email received by Plaintiff on October 5, 2026 at 7:47 a.m. Central Time from "Ryan Blackman" <ryan.blackman@gmail.com>, addressed to Plaintiff and to "Viktor Vyushin" <viktor@avlanpr.com>, in reply to Plaintiff's October 4, 2026 email to that address, as described in paragraph 5 of the Notice.

Part A reproduces the message in full, with its complete transmission headers, exactly as received by Plaintiff's mail server. The message was transmitted in MIME multipart/alternative format with a plain-text part and an HTML part, each in quoted-printable transfer encoding, and both parts appear below as transmitted. Long lines are wrapped for printing; no content has been altered or omitted. Part B reproduces the plain-text part decoded to readable text for the Court's convenience; one non-printing Unicode spacing character in that part is shown as an ordinary space.

------------------------------------------------------------------------------
PART A. COMPLETE MESSAGE AS RECEIVED
------------------------------------------------------------------------------

```
Return-Path: <ryan.blackman@gmail.com>
Delivered-To: qweruiposadf@cybiko123.com
Received: from localhost (localhost [127.0.0.1])
    by mail.jevincanders.net (Postfix) with ESMTP id 845374FF72
    for <qweruiposadf@cybiko123.com>; Mon,  5 Oct 2026 12:47:30 +0000 (UTC)
X-Virus-Scanned: Debian amavis at mail.jevincanders.net
X-Spam-Flag: NO
X-Spam-Score: -2.198
X-Spam-Level:
X-Spam-Status: No, score=-2.198 tagged_above=-9000 required=5
 tests=[ARC_SIGNED=0.001, ARC_VALID=-0.1, BAYES_00=-1.9, DKIM_SIGNED=0.1,
 DKIM_VALID=-0.1, DKIM_VALID_AU=-0.1, DKIM_VALID_EF=-0.1, DMARC_PASS=-0.001,
 FREEMAIL_FROM=0.001, HTML_MESSAGE=0.001, SPF_HELO_NONE=0.001,
 SPF_PASS=-0.001] autolearn=ham autolearn_force=no
Received: from mail.jevincanders.net ([127.0.0.1])
 by localhost (mail.jevincanders.net [127.0.0.1]) (amavis, port 10024)
 with ESMTP id VHxCdsTx1jZU for <qweruiposadf@cybiko123.com>;
 Mon,  5 Oct 2026 12:47:29 +0000 (UTC)
Authentication-Results: mail.jevincanders.net;
    dkim=pass (2048-bit key; unprotected) header.d=gmail.com header.i=@gmail.c
        om header.a=rsa-sha256 header.s=20251104 header.b=anjpsdG2;
    dkim-atps=neutral
Received: from mail-ua2-x0e.google.com (mail-ua2-x0e.google.com [IPv6:2a00:145
        0:4864:39::e])
    (using TLSv1.3 with cipher TLS_AES_128_GCM_SHA256 (128/128 bits)
     key-exchange X25519 server-signature RSA-PSS (2048 bits) server-digest SH
        A256)
    (No client certificate requested)
    by mail.jevincanders.net (Postfix) with ESMTPS id 8BA3C4FF6D
    for <legal@joshanders.com>; Mon,  5 Oct 2026 12:47:29 +0000 (UTC)
Received: by mail-ua2-x0e.google.com with SMTP id a1e0cc1a2514c-988d35315e6so9
        30509241.2
        for <legal@joshanders.com>; Mon, 05 Oct 2026 05:47:29 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1791204448; cv=none;
        d=google.com; s=arc-20260327;
        b=gROJxaBNY0wk/DtwhH9d6pC02LahrXfYKnSOzjR+fB0MtYPMNqJqL59Rr0LwJO9e4S
         sJ08nLSsU3Ub+aqSABYWOOoCcypFcj/gNW0OUmmX65fZtsDn+msrs9dt8e4FhlC5taYe
         JfzvEwWKHNptUtvgsTMEwMMmNvO/3qMGyYNErQWInJDShTsVV2bCu0f198qTLjio1787
         QQVCEgkX4Wj+vO++BUJv0kE29jDkwD0TE3y6t9Ar4JazbIxBPSYOA9WenAga898SLY/2
```

```
         sjVyyR5MQSI3E5cp+vlR0PF+vU+Px8aX/6wzqxjcYn9IPtD7n3BxwAzIcxiRAjaBM5SE
         Mc3w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=a
        rc-20260327;
        h=to:subject:message-id:date:from:in-reply-to:references:mime-version
         :dkim-signature;
        bh=cb6YadGn/ngkMLHp7pl72zBmN6V8RYUr2F/I0cZ4Hsk=;
        fh=03syX32VPf0o91433s0UCy28DzyJGQOO/THvtxqbeiw=;
        b=YeTX20h4br6xkGz+sSnZGfddDEKYpDFqGVdtj9MsSFuAXbjDLFdydhhyfq/XPDVghp
         XeOWV4yRG+20B7bQUiLSl9fCTUYeig4geYym7LF9eVX1G7pXmoDe3HnKrojZ6T3uGQwY
         t9RQnz3GFMqAu5oLMKOmpcZu/fKQb547plu0rbPmLDqkbh776o2ZM2xpFpkik+ACq2Ld
         KSoeq/FaJOth2gJVHm3cwUS6US4nGBftOuDKszYxU5ZMaH/XPrF0ylIiW+kcsWGR5XO0
         jhfAJUOYy1GQ4SRt88OOkfGG9xBBMJ4z1Kjftpx33YqNjq2EpFneXppfPxyyYP+VF1jE
         QI2w==;
        darn=joshanders.com
ARC-Authentication-Results: i=1; mx.google.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20251104; t=1791204448; x=1791809248; darn=joshanders.c
        om;
        h=content-type:to:subject:message-id:date:from:in-reply-to:references
         :mime-version:from:to:cc:subject:date:message-id:reply-to
         :content-type;
        bh=cb6YadGn/ngkMLHp7pl72zBmN6V8RYUr2F/I0cZ4Hsk=;
        b=anjpsdG2Tv/SOTqdRHATUaQ6cJ80a/2qvMsa58FNr7XtuiSfMetGJQW3df/ei/QNB/
         uwMgWV3XHfwEpwtdhv0gMc8McAvBFiNCXwdDoCdpbVl1Evqv0CWhlmnokQZpe8WCgYyY
         SuIaxM98LzKWsKQmA36KJpsekc8pRGuXt21vJRU+FzaMPJsYtxCFT+/FoF/Bai9nabfV
         Y+GhzGLIplTgndKEH2j7tlFxQobbw5HUitCFtkcboTGwrKTbPmX8mL7ea6FGHsfMMFOb
         jovb2TZKVQ/G1D/L6PUxRcmdw9OHXGf5InBEgxuDQhRVmgv21ntUzczDS0yauV4bLA2c
         sUGQ==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20260707; t=1791204448; x=1791809248;
        h=content-type:to:subject:message-id:date:from:in-reply-to:references
         :mime-version:x-gm-gg:x-gm-message-state:from:to:cc:subject:date
         :message-id:reply-to:content-type;
        bh=cb6YadGn/ngkMLHp7pl72zBmN6V8RYUr2F/I0cZ4Hsk=;
        b=BYq20BtDX5rpXj8aU6DYs3E3WmcyBLmhrbHy/Rt/4gpL3upGoiZ3V7IAvFgdgWs+Yf
         o6d1mHZWJFxWjphP1JRPVzh4TrDLXOU0AzgzoragP+NXd1im1olddDnyObQgvK971LIv
         vs3kBvUmZDDwFoT9ZDRoywFCRmGjscSX4fICsJvv3F7GBtC1giDuIaAIO2ModBXiJF2+
         jjn7t8ZIF8SDasD8pN2iZcuSC6xMt3VVTF102nvjR9elj5969g2B7arVRZVCxBh8Dvz6
         bwfT9NH/Egfbv9sN1rOTdYhjiAC8+8t4CmIltqLfDJdMD3vq40FfcMLZBnXcqio6N62l
         b03g==
X-Gm-Message-State: AFq9FYJj9ml/AFQNINcsB9oBbZTHGhlWcrqWMbEDzpsPBXhomFvyOa9k
    TLe+nFZzU7+s6fXUPFM8dVt1qmv7udsb6SJNng4bQ7H0+KKiEcRWdZQct4ebmYM0yaYjqEHaSZ
        F
    HrHZ5tLqd0+2mR93tOTXvE3ZUuS/xoqNgnYnr
X-Gm-Gg: AYBFou163Sv/GtMqf5pfXSy78lzODIxbLRipX11eyUmChsS0DDNRR/Kp/OC1+uS1/WM
    Dm5cu90KqSUsuI11JzeOUcCf+Vko3KrChwJBi5QiL/rDEA7MXRMxe4er4rq9sfWd+TL+C0yz+s
        J
    J4FPtYIx88Ujez7rQ+s+PXnqh4F+bEFelR1pBf+2TxEhsrLe2ko6913rdQHb1nelFX/8s3YxFW
        p
    Dl+NBrM1I3fYXgSAMcljwbbGefI+PdpTcvkZTun1FvxLEK7B12lF69InA2WTY+P/zCanaZDK6t
        7
    QluXl4W8pRVpIsbnLAJzZEYumZAtPxpjFCX2Amuy3YM4bl06nBGRAw==
X-Received: by 2002:a05:6102:162c:b0:7c3:99a3:314a with SMTP id
 ada2fe7eead31-7c399a3360bmr1369007137.9.1791204447932; Mon, 05 Oct 2026
 05:47:27 -0700 (PDT)
MIME-Version: 1.0
References: <fef80e93-091c-46ed-996a-4972326c43c6@joshanders.com>
In-Reply-To: <fef80e93-091c-46ed-996a-4972326c43c6@joshanders.com>
```

From: Ryan Blackman <ryan.blackman@gmail.com>
Date: Mon, 5 Oct 2026 08:47:16 -0400
X-Gm-Features: AclHuK8ocsVeb40KhxG2Z_gVmNyFUwXn2xS-7xUPpWXnXiBpXh5EfB4Pa7pP1mM
Message-ID: <CAH4DCrpHLcr4mE9XhkaRpSq1v+a6Mj_Rvanmu5Pmb3cmUC_3qg@mail.gmail.co
m>
Subject: Re: FME Employment LLC - Notice under Section 7 of Employment
Agreement - Subpoena in Starling v. Allstate Insurance Co., No. 1:25-cv-04000
(N.D. Ill.)
To: Josh Anders <legal@joshanders.com>, Viktor Vyushin <viktor@avlanpr.com>
Content-Type: multipart/alternative; boundary="000000000000d6d914065d174800"

--000000000000d6d914065d174800
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Hello Josh,
I am very surprised by this. I will have Viktor research the payment
history, and then we can speak today. What times work for you?

On Sun, Oct 4, 2026 at 2:03=E2=80=AFPM Josh Anders <legal@joshanders.com> w=
rote:

> Mr. Blackman:
>
> Attached is my written notice to FME Employment LLC under Section 7 of
> the Employment Agreement between FME and me dated April 2024, which you
> signed for FME as Owner. The notice concerns a subpoena issued October 2,
> 2026 by counsel for the plaintiff in Starling v. Allstate Insurance
> Company, No. 1:25-cv-04000 (N.D. Ill.), commanding my testimony at a
> deposition by video conference on Friday, October 16, 2026, at 10:00 a.m.
> Central time. The subpoena is attached behind the notice. It does not cal=
l
> for any documents.
>
> Section 7 asks for written notice within 48 hours so that FME may seek an
> appropriate remedy or waive my compliance. I received the subpoena at 4:4=
9
> p.m. Central on Friday, October 2, and I am sending this email today so
> that FME has the notice within that period. The signed original will be
> deposited as USPS Registered Mail, return receipt requested, on Monday,
> October 5, addressed to the Section 1 address, 34 North Franklin Avenue,
> Suite 687
> <https://www.google.com/maps/search/34+North+Franklin+Avenue,+Suite+687?e=
ntry=3Dgmail&source=3Dg>-1845,
> Pinedale, Wyoming 82941, with a copy by first-class mail to FME's
> registered agent, Registered Agents Inc, in Sheridan, Wyoming.
>
> Please let me know in writing by Tuesday, October 13, 2026 whether FME
> waives my compliance with Section 7 as to this subpoena, intends to seek =
a
> protective order or other remedy from the court, or asks that particular
> categories of information be treated as confidential. If I hear nothing b=
y
> then, I will appear on October 16 and answer the questions put to me.
> Issuing counsel is Jeffrey Blake, Zimmerman Law Offices, P.C.,
> jeff@attorneyzim.com, (312) 440-0020.
>
> Joshua Anders
> 655 W Irving Park Rd, Apt 2811, Chicago, IL 60613

```
> <https://www.google.com/maps/search/655+W+Irving+Park+Rd,+Apt+2811,+Chica=
go,+IL+60613?entry=3Dgmail&source=3Dg>
> legal@joshanders.com | (804) 916-9666
>
>
>
>

--000000000000d6d914065d174800
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr">Hello Josh,<div>I am very surprised by this. I will have V=
iktor research the payment history, and then we can speak today. What times=
 work for you?</div></div><br><div class=3D"gmail_quote gmail_quote_contain=
er"><div dir=3D"ltr" class=3D"gmail_attr">On Sun, Oct 4, 2026 at 2:03=E2=80=
=AFPM Josh Anders &lt;<a href=3D"mailto:legal@joshanders.com">legal@joshand=
ers.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D"=
margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding-lef=
t:1ex">Mr. Blackman:<br>
<br>
=C2=A0=C2=A0Attached is my written notice to FME Employment LLC under Secti=
on 7 of the Employment Agreement between FME and me dated April 2024, which=
 you signed for FME as Owner. The notice concerns a subpoena issued October=
 2, 2026 by counsel=C2=A0 for the plaintiff in Starling v. Allstate Insuran=
ce Company, No. 1:25-cv-04000 (N.D. Ill.), commanding my testimony at a dep=
osition by video conference on Friday, October 16, 2026, at 10:00 a.m. Cent=
ral time. The subpoena is attached behind the notice. It does not call for =
any documents.<br>
<br>
Section 7 asks for written notice within 48 hours so that FME may seek an a=
ppropriate remedy or waive my compliance. I received the subpoena at 4:49 p=
.m. Central on Friday, October 2, and I am sending this email today so that=
 FME has the notice within that period. The signed original will be deposit=
ed as USPS Registered Mail, return receipt requested, on Monday, October 5,=
 addressed to the Section 1 address, <a href=3D"https://www.google.com/maps=
/search/34+North+Franklin+Avenue,+Suite+687?entry=3Dgmail&amp;source=3Dg">3=
4 North Franklin Avenue, Suite 687</a>-1845, Pinedale, Wyoming 82941, with =
a copy by first-class mail to FME&#39;s registered agent, Registered Agents=
 Inc, in Sheridan, Wyoming.<br>
<br>
Please let me know in writing by Tuesday, October 13, 2026 whether FME waiv=
es my compliance with Section 7 as to this subpoena, intends to seek a prot=
ective order or other remedy from the court, or asks that particular catego=
ries of information be treated as confidential. If I hear nothing by then, =
I will appear on October 16 and answer the questions put to me. Issuing cou=
nsel is Jeffrey Blake, Zimmerman Law Offices, P.C., <a href=3D"mailto:jeff@=
attorneyzim.com" target=3D"_blank">jeff@attorneyzim.com</a>, <a href=3D"tel=
:(312)%20440-0020" value=3D"+13124400020" target=3D"_blank">(312) 440-0020<=
/a>.<br>
<br>
Joshua Anders<br>
<a href=3D"https://www.google.com/maps/search/655+W+Irving+Park+Rd,+Apt+281=
1,+Chicago,+IL+60613?entry=3Dgmail&amp;source=3Dg">655 W Irving Park Rd, Ap=
t 2811, Chicago, IL 60613</a><br>
<a href=3D"mailto:legal@joshanders.com" target=3D"_blank">legal@joshanders.=
com</a> | <a href=3D"tel:(804)%20916-9666" value=3D"+18049169666" target=3D=
"_blank">(804) 916-9666</a><br>
<br>
```

```
<br>
<br>
</blockquote></div>

--000000000000d6d914065d174800--


------------------------------------------------------------------------------
PART B. PLAIN-TEXT PART, DECODED FROM QUOTED-PRINTABLE
------------------------------------------------------------------------------

Hello Josh,
I am very surprised by this. I will have Viktor research the payment
history, and then we can speak today. What times work for you?

On Sun, Oct 4, 2026 at 2:03 PM Josh Anders <legal@joshanders.com> wrote:

> Mr. Blackman:
>
>   Attached is my written notice to FME Employment LLC under Section 7 of
> the Employment Agreement between FME and me dated April 2024, which you
> signed for FME as Owner. The notice concerns a subpoena issued October 2,
> 2026 by counsel  for the plaintiff in Starling v. Allstate Insurance
> Company, No. 1:25-cv-04000 (N.D. Ill.), commanding my testimony at a
> deposition by video conference on Friday, October 16, 2026, at 10:00 a.m.
> Central time. The subpoena is attached behind the notice. It does not call
> for any documents.
>
> Section 7 asks for written notice within 48 hours so that FME may seek an
> appropriate remedy or waive my compliance. I received the subpoena at 4:49
> p.m. Central on Friday, October 2, and I am sending this email today so
> that FME has the notice within that period. The signed original will be
> deposited as USPS Registered Mail, return receipt requested, on Monday,
> October 5, addressed to the Section 1 address, 34 North Franklin Avenue,
> Suite 687
> <https://www.google.com/maps/search/34+North+Franklin+Avenue,+Suite+687?entr
        y=gmail&source=g>-1845,
> Pinedale, Wyoming 82941, with a copy by first-class mail to FME's
> registered agent, Registered Agents Inc, in Sheridan, Wyoming.
>
> Please let me know in writing by Tuesday, October 13, 2026 whether FME
> waives my compliance with Section 7 as to this subpoena, intends to seek a
> protective order or other remedy from the court, or asks that particular
> categories of information be treated as confidential. If I hear nothing by
> then, I will appear on October 16 and answer the questions put to me.
> Issuing counsel is Jeffrey Blake, Zimmerman Law Offices, P.C.,
> jeff@attorneyzim.com, (312) 440-0020.
>
> Joshua Anders
> 655 W Irving Park Rd, Apt 2811, Chicago, IL 60613
> <https://www.google.com/maps/search/655+W+Irving+Park+Rd,+Apt+2811,+Chicago,
        +IL+60613?entry=gmail&source=g>
> legal@joshanders.com | (804) 916-9666
>
>
>
>
```