FILED

UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

1:22 pm, 10/26/26

Margaret Botkins
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

JOSHUA ANDERS,

Plaintiff,

v.

FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually,

Defendants.

Civil Action No.

2:26-cv-00136-KHR

**PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO HOLD PENDING DEADLINES IN ABEYANCE**

Plaintiff Joshua Anders, appearing pro se, gives notice that this action has settled, subject to the Court's approval, and respectfully asks that the pending deadlines be held in abeyance while the parties present the settlement for approval, as follows.

1. On October 26, 2026, Plaintiff and all three Defendants, FME Employment LLC, Ryan Daniel Blackman a/k/a Ryan Daniel, and Viktor Vyushin, executed a written Settlement Agreement and Release resolving every claim in this action. The settlement is conditioned on the Court's approval of the compromise of Plaintiff's claims under the Fair Labor Standards Act, or a determination that approval is unnecessary, and on payment of the settlement consideration. On completion, the agreement provides for dismissal with prejudice of all claims against all three Defendants, with the Court asked to retain jurisdiction to enforce the agreement.

2. The agreement requires the parties, within ten business days after its execution, that is, by November 9, 2026, to move jointly for approval of the settlement, with the executed agreement attached, and to ask the Court to hold pending deadlines in abeyance and to set the individual Defendants' time to respond to the Complaint at thirty days after any termination of the agreement. Plaintiff is preparing that motion and a proposed order. Because a limited liability

company may appear in this Court only through licensed counsel, and FME Employment LLC has none, the joint motion will be signed by Plaintiff and by each of the two individual Defendants personally, and the relief it seeks as to FME Employment LLC will be requested by Plaintiff.

3. As Plaintiff undertook to report in his Notice of October 5, 2026 (ECF No. 18 ¶¶ 5, 7), both individual Defendants have responded to the requests to waive service of a summons sent on October 3, 2026. Each has delivered to Plaintiff a signed and dated Waiver of the Service of Summons on form AO 399; both were received by email on October 26, 2026. The parties agreed that Plaintiff would file the waivers together with the joint request for approval rather than separately, and Plaintiff will do so, or will file them at once if the agreement terminates. When filed, the waivers will complete service on both individual Defendants under Fed. R. Civ. P. 4(d)(4) and will moot Plaintiff's pending Motion for Extension of Time to Effect Service of Process (ECF No. 17).

4. Plaintiff therefore respectfully asks that the Court hold in abeyance, pending the joint motion: (a) the Motion for Extension of Time to Effect Service of Process (ECF No. 17); (b) the undertakings in paragraph 7 of ECF No. 18 to file a renewed motion for alternative service on Defendant Vyushin and a separate motion addressed to service on Defendant Blackman by November 9, 2026 or twenty-one days after a ruling on ECF No. 17, which the waivers have made unnecessary; and (c) any further proceedings on the Clerk's Entry of Default against FME Employment LLC (ECF No. 13). Plaintiff will not seek a default against either individual Defendant while the agreement is in effect, as the agreement provides. A proposed order is submitted herewith. The duty to confer under U.S.D.C.L.R. 7.1(b)(1)(A) does not apply to cases

involving pro se parties; the individual Defendants have agreed to this request in the Settlement Agreement itself.

5. If the agreement terminates under its terms, Plaintiff will notify the Court within seven days, file the waivers of service, and ask the Court to set a schedule for the matters held in abeyance.

Plaintiff declares under penalty of perjury under 28 U.S.C. § 1746 that the factual statements in this Notice are true and correct.

Dated: October 26, 2026.

Respectfully submitted,

JOSHUA ANDERS
Plaintiff, Pro Se
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, the foregoing Notice and the proposed order were filed with the Clerk of Court by electronic mail to wydnewcase@wyd.uscourts.gov, and that on the same date I served a true and correct copy on Defendants Ryan Daniel Blackman a/k/a Ryan Daniel and Viktor Vyushin by electronic mail to ryan@ehva.ai, ryan.blackman@gmail.com, and viktor@avlanpr.com, the method of service to which each consented in Section 9 of the Settlement Agreement, and on Defendant FME Employment LLC, which is in default and has not appeared, by depositing a copy in the United States Mail, first-class postage prepaid, addressed to its registered agent, Registered Agents Inc, 30 N Gould St, Suite R, Sheridan, WY 82801, out of an abundance of caution notwithstanding Fed. R. Civ. P. 5(a)(2).

Joshua Anders

JOSHUA ANDERS
Plaintiff, Pro Se