**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

JOSHUA ANDERS,

Plaintiff,

v.

FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually,

Defendants.

Civil Action No. 2:26-cv-00136-KHR

**ORDER HOLDING PENDING DEADLINES IN ABEYANCE PENDING JOINT MOTION FOR APPROVAL OF SETTLEMENT**

THIS MATTER comes before the Court on Plaintiff's Notice of Settlement and Request to Hold Pending Deadlines in Abeyance. The Notice states that on October 26, 2026, Plaintiff and all three Defendants executed a written Settlement Agreement and Release resolving every claim in this action, subject to the Court's approval of the compromise of Plaintiff's claims under the Fair Labor Standards Act and to payment; that the parties will move jointly for approval by November 9, 2026; and that both individual Defendants have delivered signed waivers of service, which Plaintiff will file with the joint motion. The Court, having reviewed the Notice and the record, finds that holding the pending deadlines in abeyance will conserve the resources of the parties and the Court while the settlement is presented for approval.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to Effect Service of Process (ECF No. 17), the undertakings described in paragraph 7 of Plaintiff's Notice of Mailing (ECF No. 18), and any further proceedings on the Clerk's Entry of Default against Defendant FME Employment LLC (ECF No. 13) are HELD IN ABEYANCE pending the Court's ruling on the parties' joint motion for approval of settlement.

IT IS FURTHER ORDERED that the parties shall file their joint motion for approval of settlement on or before November 9, 2026, and that Plaintiff shall file the individual Defendants' waivers of service with that motion.

IT IS FURTHER ORDERED that if the Settlement Agreement terminates under its terms, Plaintiff shall file a notice of termination within seven (7) days, and the Court will then set a schedule for the matters held in abeyance.

Dated this ______ day of ______________, 2026.

___________________________________
United States Magistrate Judge