FILED

11:03 am, 11/4/26

Margaret Botkins
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

JOSHUA ANDERS,

Plaintiff,

v.

FME EMPLOYMENT LLC, a Wyoming limited liability company; RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL, individually; and VIKTOR VYUSHIN, individually,

Defendants.

Civil Action No.

2:26-cv-00136-KHR

**JOINT NOTICE THAT THE COMPLETION DATE HAS OCCURRED**

Plaintiff Joshua Anders and Defendants Ryan Daniel Blackman a/k/a Ryan Daniel and Viktor Vyushin, each appearing pro se, give notice under the Court's Order of November 3, 2026 (ECF No. 23) that the Completion Date defined in Section 3 of the parties' Settlement Agreement and Release executed October 26, 2026 (ECF No. 20-1, the "Agreement") has occurred, as follows.

1. Section 3 of the Agreement defines the Completion Date as the later of (a) satisfaction of the Approval Condition, which occurs when the Court enters an order approving the settlement, and (b) Plaintiff's receipt of the full Additional Consideration. ECF No. 20-1 § 3.

2. Plaintiff received the full Additional Consideration of $4,379.64 on October 27, 2026, as the Joint Motion reported and the Order found. ECF No. 20 at 4; ECF No. 23 at 1–2.

3. On November 3, 2026, the Court entered its Order Approving Settlement Under the Fair Labor Standards Act and Holding Pending Deadlines in Abeyance, which granted the Joint Motion and approved the Agreement as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. ECF No. 23 at 2. The Approval Condition was satisfied on that date. Because the Additional Consideration had already been received, the Completion Date under Section 3 of the Agreement is November 3, 2026.

4. The parties accordingly give notice, within three business days after the Completion Date as the Order directs, that the Completion Date has occurred. Under the Order, upon the filing of this Notice all claims in this action against all three Defendants are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear its own attorney's fees and, except as provided in Section 2.2 of the Agreement, its own costs, without further motion, and the Court retains jurisdiction to enforce the terms of the Agreement. ECF No. 23 at 3. No party is represented by counsel, and no party has or asserts any claim for attorney's fees in this action. The parties do not request a further order.

5. Defendant FME Employment LLC, which executed the Agreement through its member but has not appeared and may appear only through counsel, is not required by the Order to appear, and the relief granted as to it was granted on Plaintiff's request. ECF No. 23 at 2. Plaintiff gives this Notice as to FME Employment LLC on the same basis. The dismissal effected by the Order moots Plaintiff's Motion for Extension of Time to Effect Service of Process (ECF No. 17) and any further proceedings on the Clerk's Entry of Default against FME Employment LLC (ECF No. 13), each of which the Order held in abeyance until the Completion Date.

Plaintiff declares under penalty of perjury under 28 U.S.C. § 1746 that the factual statements in this Notice are true and correct. Defendants Blackman and Vyushin join in this Notice and confirm that the Additional Consideration was paid in full on October 27, 2026.

Dated: November 4, 2026.

Respectfully submitted,

JOSHUA ANDERS
Plaintiff, Pro Se
655 W Irving Park Rd, Apt 2811
Chicago, IL 60613
Email: legal@joshanders.com
Phone: (804) 916-9666

RYAN DANIEL BLACKMAN a/k/a RYAN DANIEL
Defendant, Pro Se
425 Carr 693, Ste 1-348
Dorado, PR 00646
Email: ryan@ehva.ai; ryan.blackman@gmail.com
Phone: (310) 362-3355

VIKTOR VYUSHIN
Defendant, Pro Se
34 N Franklin Ave, Ste 687-1845
Pinedale, WY 82941
Email: viktor@avlanpr.com
Phone: (310) 999-0407

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, the foregoing Joint Notice was filed with the Clerk of Court by electronic mail to wydnewcase@wyd.uscourts.gov, and that on the same date I served a true and correct copy on Defendants Ryan Daniel Blackman a/k/a Ryan Daniel and Viktor Vyushin by electronic mail to ryan@ehva.ai, ryan.blackman@gmail.com, and viktor@avlanpr.com, with a copy by first-class mail to Mr. Blackman at 425 Carr 693, Ste 1-348, Dorado, PR 00646, and to Mr. Vyushin at 34 N Franklin Ave, Ste 687-1845, Pinedale, WY 82941, the method of service to which each consented in Section 9 of the Agreement, and on Defendant FME Employment LLC, which has not appeared, by depositing a copy in the United States Mail, first-class postage prepaid, addressed to its registered agent, Registered Agents Inc, 30 N Gould St, Suite R, Sheridan, WY 82801, out of an abundance of caution notwithstanding Fed. R. Civ. P. 5(a)(2).

Joshua Anders

JOSHUA ANDERS
Plaintiff, Pro Se